**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| CHAVA RACHEL MARK, individually, and<br>as personal representative of<br>the ESTATE OF PDAYA MARK; | ) <br> ) <br> ) | |
| | ) | |
| TEHILA MARK; | ) | |
| | ) | |
| RINAT MARK; | ) | |
| | ) | |
| ESTHER MARK; | ) | |
| | ) | |
| NETANEL MARK; | ) | |
| | ) | |
| YEHOSHUA MARK; | ) | |
| | ) | |
| SHIRA MARK HARIF; | ) | |
| | ) | |
| MIRIAM MARK; | ) | Case No. 26-cv-5542 |
| | ) | |
| ORIT CHAYA MARK-ETTINGER; | ) | |
| | ) | |
| YISKA (ISKA) MARK,<br>as personal representative of<br>the ESTATE OF DAVID SHLOMO MARK; | ) <br> ) <br> ) | **JURY DEMAND** |
| | ) | |
| AYELET BATT; | ) | |
| | ) | |
| ARYEH BATT; | ) | |
| | ) | |
| AVRAHAM BATT; | ) | |
| | ) | |
| ELISHEVA HIRSHFELD; | ) | |
| | ) | |
| | ) | |
|         Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PALESTINIAN AUTHORITY; | ) | |
| PALESTINE LIBERATION ORGANIZATION, | ) | |

Defendants.

**COMPLAINT**

**NATURE OF THE ACTION**

Plaintiffs herein seek damages for the injuries suffered as a result of the horrific cold-blooded terrorist attack on July 1, 2016, by Palestinian terrorists who killed a beloved Rabbi, devoted husband, and loving father of ten children, Michael "Miki" Mark, critically and permanently injured his wife, Chava Rachel Mark, and severely injured two of their children who were riding in their car when they were attacked (the "Attack").  Plaintiffs include relatives who also have suffered personal injuries as a result of this barbaric attack of international terrorism.  It is brought under the Anti-Terrorism Act ("ATA") against the Palestine Liberation Organization (the "PLO") and the Palestinian Authority (the "PA") (collectively, "Defendants") for their role in incentivizing and rewarding the Palestinian terrorists who committed this horrific attack and Palestinian terrorism more broadly through their "Pay for Slay" program.

**INTRODUCTION**

1.      As the U.S. Supreme Court noted in *Fuld v. Palestine Liberation Organization*, "combating terrorism is … an urgent objective of the highest order." 606 U.S. 1, 20 (2025). As a result, "[t]he Federal Government, relatedly, has a strong interest in permitting American victims of international terror to pursue justice in domestic courts." *Id*. That is precisely what Plaintiffs seek here.

2.      Through a gruesome program, commonly referred to as "Pay for Slay," the PA and/or the PLO pay monthly salaries to individuals imprisoned for committing acts of terror, monthly stipends to those injured during acts of terror, and stipends to the family members of those killed while committing such acts.

3.       By establishing financial incentives for would-be and imprisoned terrorists and the families of dead terrorists, the PA and PLO have created a terrorism turnstile—rewarding terrorists

2

who are either imprisoned or killed, thereby creating the space and monetary incentives for new would-be terrorists to take their place. That is textbook aiding and abetting terrorism.

4.      For the past 30 years, Defendants PA and PLO have openly placed a bounty on the heads of Jews and foreign nationals, including Americans, by paying millions of dollars in salaries or compensation every year to the thousands of Palestinians who are imprisoned or injured—or to their families if they were killed—in connection with committing a terror attack against Jews or Israelis.

5.       For example, Abdullah Barghouti is a bomb-building member of Hamas whose bombs caused the murder of 67 people during the Second Intifada, for which he is serving 67 life sentences.[1] He has received monthly salary payments from Defendants PA and PLO since his arrest, totaling 1,324,400 Israeli shekels, ($395,107) through September 26, 2025.[2] The victims of Barghouti's bombs include Israeli, American, Dutch, and French citizens.

6.      Defendants PA and PLO have instructed their people for years that, as Palestinians, they have the "right" to kill Israelis and foreign nationals, including Americans, under international law.[3] Defendants repeatedly and publicly claim the right to commit the politically motivated murder

---

[1] Abdullah Barghouti prepared explosives for a variety of suicide bombings at civilian population centers throughout Israel during the Second Intifada, including at Sbarro restaurant in Jerusalem on August 9, 2001 (15 people murdered, including seven children); at Café Moment in Jerusalem on March 9, 2002 (11 people murdered); at Sheffield Club in Rishon Letzion on May 7, 2002 (15 people murdered); at Hebrew University in Jerusalem on July 31, 2002 (11 people murdered, including five U.S. citizens); and on a bus in Tel Aviv on September 19, 2002 (six people murdered). Defendants have rewarded him with over one million shekels for these acts. chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://palwatch.org/storage/special%20reports/abdallah%20barghouti%20through%20dec%202018.pdf

[2]  This figure is based on the latest exchange rate.

[3] Defendant PA frequently cites United Nations General Assembly Resolutions 3236 and 3246, which, it claims, grant Palestinians the right to use "all means," including "armed struggle," to promote Palestinian political goals. The PA claims that every terror attack and murder committed by Palestinians for political nationalist reasons is protected under international law. After a federal jury in 2015 found Defendant PA liable under the ATA for providing material support for the murder of four and the injuring of five American civilians in Israel, a senior PA leader said the

of civilians, including Americans.

7.      A sizeable portion of the PA and PLO's annual budget is dedicated to incentivizing terror.[4] Even in times of financial distress, the PA and PLO are committed to growing the number of Palestinians eligible for such payments, sacrificing much needed money for healthcare and medicine.[5] Defendants PA and PLO have never hidden their glorification of mass murder and have long publicly celebrated Palestinian terrorists and terrorism, including in PA Ministry of Education schools, on PA-owned and controlled official television, on social media, and on other publicly accessible platforms.

8.      Plaintiffs are American families seeking justice for either the loss of their loved ones or personal injury to themselves as the result of Palestinian terrorism. The victims deserve closure. Under United States law, Plaintiffs are legally entitled to compensation from those who aid and abet terrorist actions harming Americans under the Anti-Terrorism Act of 1992 and the Justice Against

---

decision was political because those killings were "sanctioned by international law and UN resolutions." *See Al-Hayat Al-Jadida* [official PA daily]; Feb. 27, 2015; G.A. Res. 3246 (XXIV), U.N. GAOR, 24th Sess., Supp. No. 80, at 13, U.N. Doc. A/RES/3246 (1974); G.A. Res. 3236 (XXIX), U.N. GAOR, 29th Sess., Supp. No. 31, at 106, U.N. Doc. A/RES/3236 (1974).

[4] After Israeli non-governmental organization Palestinian Media Watch ("PMW") exposed the salary figures each year under Pay for Slay in 2011, the PA stopped publishing its budget. The PA has not published its budget since at least 2019, though the last published budgets revealed that approximately 6 to 8% of the budget was spent on Pay for Slay. *See* Itamar Marcus, *PMW Exclusive: Palestinian Authority Publishes New Budget; Continues to Defy US and Europe by Rewarding Terror*, PALESTINIAN MEDIA WATCH (Mar. 18, 2018), https://palwatch.org/page/14029. Since the PA has repeatedly announced there are no changes to its allotment of resources to Pay for Slay and has even bragged that the allotment has remained the same, Plaintiffs surmise that the proportion spent on Pay for Slay is roughly equivalent to years' past. *See* Itamar Marcus & Nan Jacques Zilberdik, *Salaries Rewarding Terrorists Won't be Stopped, Says Director of PLO Commission of Prisoners*, PALESTINIAN MEDIA WATCH (Oct. 2, 2018), https://palwatch.org/page/14753 ("Director of [PLO] Commission of Prisoners and Released Prisoners' Affairs Qadri Abu Bakr emphasized that the leadership, led by [PA] President Mahmoud Abbas, will continue to support the resolve of the prisoners and their families and will not succumb to the Israeli and American pressures calling to stop the Martyrs' (Shahids) and prisoners' salaries (rawatib) and allowances (mukhassasat)." (quoting Official PA daily *Al-Hayat Al-Jadida*, Sept. 21, 2018)).

[5] https://palwatch.org/page/42293 (June 28, 2026).

Sponsors of Terrorism Act.

9.      In April 2025, the U.S. Supreme Court affirmed the constitutionality of the Promoting Security and Justice for Victims of Terrorism Act ("PSJVTA"), which grants federal courts personal jurisdiction over Defendants PA and PLO based, in part, on their Pay for Slay program.

10.      Plaintiffs are American citizens who have been personally injured or whose family members were personally injured by acts of international terrorism. Plaintiffs' killers or assailants were induced to act by Defendants' comprehensive campaign of incitement to terror by Defendants, which included promises of compensation from Defendants should they be arrested or killed and, indeed, they were rewarded when they committed their vicious, despicable terrorist attack on July 1, 2016.

11.      The Defendants knowingly and intentionally provide material support for terrorism by both incentivizing Palestinian terrorists to engage in terrorism with promises of "martyr" payments and rewarding Palestinian terrorists by paying them and their families for their acts of terror, often providing greater rewards for more egregious acts of terror.

12.      The terrorists involved in the act of international terrorism underlying this case have received and remain eligible to receive payments from Defendants under their Pay for Slay program.

13.      The Pay for Slay program was in full force and effect prior to and at the time of the terrorist attack at issue in this case.  The existence and ongoing continuation of the Pay for Slay policy has been confirmed by former Prime Minister Dr. Salam Fayyad in public statements in 2019.[6] Claims by Defendants that the Pay for Slay program would stop in 2025 were simply lies, supported

---

[6] Maurice Hirsch, Adv., Itamar Marcus, & Nan Jacques Zilberdik, *PMW Special Report: Israel Must Implement 2nd Half of Anti-"Pay-for-Slay" Law Before the End of 2019*, PALESTINIAN MEDIA WATCH (Nov. 18, 2019), https://palwatch.org/page/16842.

by clever manipulations.[7]  Indeed Mahmoud Abbas made clear just weeks after claiming Pay for Slay would stop in February of 2025, that in fact, such payments would never stop no matter what.[8]

14.    Tellingly, the continuing nature of and intention to perpetuate the Pay for Slay policy was reaffirmed as part of the very fabric of the Defendant PA when it was enshrined in Defendant PA's draft constitution ("PA Constitution") released in February 2026.[9]

15.    Moreover, the very existence of the Pay for Slay policy induces, incentivizes, encourages, rewards, and incites acts of terror, as Defendants urge designated Foreign Terrorist Organizations ("FTOs") and their affiliates to engage in acts of terror through the promise of payment for terror.  The act of terrorism at issue in this case is the quintessential kind of act that the Defendants intentionally and knowingly induce, encourage, incentivize, and reward and do so knowingly and willfully, intending for their Pay for Slay program to provide material support and to aid and abet this exact kind of act of terrorism.  Defendants are well aware that their Pay for Slay program accomplishes these goals and actually provides material support and substantial assistance by inducing and rewarding acts of terrorism that include the Attack at issue in this case.

16.    Defendants' payment scheme, in conjunction with a relentless campaign glorifying terrorism, incited, induced, encouraged, incentivized, and rewarded the terrorists who committed the Attack at issue in this case.  Plaintiffs therefore bring this suit against Defendants PA and PLO under the Anti-Terrorism Act (ATA), which prohibits the provision of material support for acts of international terrorism committed against U.S. citizens.

---

[7] https://freebeacon.com/israel/palestinian-authority-promised-terrorists-more-than-200-million-in-pay-to-slay-payments-after-it-scrapped-program-state-department-tells-congress/

[8] https://jewishinsider.com/2025/02/pas-abbas-payments-to-terrorists-will-continue-even-if-we-have-one-cent-left/

[9] Lahav Harkov, *Proposed Interim Palestinian Constitution Would Enshrine Payments to Terrorists*, JEWISH INSIDER (Feb. 17, 2026), https://jewishinsider.com/2026/02/palestinian-authority-mahmoud-abbas-terrorists-payments-interim-constitution.

**JURISDICTION AND VENUE**

17.     This Court has subject matter jurisdiction pursuant to 18 U.S.C. §§ 2333 and 2334, as this is an action initiated by "national[s] of the United States injured in [their] person, property, or business by reason of an act of international terrorism, or [their] estate, survivors, or heirs." *See* 18 U.S.C. § 2333(a). Insofar as this action "aris[es] under the Constitution, laws, or treaties of the United States," subject matter jurisdiction is also conferred to this Court. 28 U.S.C. § 1331.

18.     Defendants PA and PLO have consented to this Court exercising personal jurisdiction over ATA claims against them in a variety of ways, including, but not limited to under the Promoting Security and Justice for Victims of Terrorism Act of 2019 (the "PSJVTA").

19.     Defendants also have consented to jurisdiction under the first element set forth in the PSJVTA, which provides that a defendant is "deemed to have consented to personal jurisdiction," in ATA cases if, after April 18, 2020, the defendant has made any payment "(i) to any payee designated by any individual who, after being fairly tried or pleading guilty, has been imprisoned for committing any act of terrorism that injured or killed a national of the United States, if such payment is made by reason of such imprisonment; or (ii) to any family member of any individual, following such individual's death while committing an act of terrorism that injured or killed a national of the United States, if such payment is made by reason of the death of such individual." 18 U.S.C. § 2334(e)(1)(A)(i)–(ii).

20.     "Congress and the President made a considered judgment [to] subject the PLO and PA to liability in U.S. courts as part of a comprehensive legal response to 'halt, deter, and disrupt' acts of international terrorism that threaten the life and limb of American citizens." *Fuld*, 606 U.S. at 20 (quoting H. R. Rep. No. 115–858, pp. 7–8 (2018)).

21.     Defendants PA and PLO have also consented to jurisdiction under a second basis

provided by the PSJVTA. The statute provides that a defendant "shall be deemed to have consented to personal jurisdiction" in ATA cases if, after January 4, 2020, the defendant "conducts any activity while physically present in the United States on behalf of the Palestine Liberation Organization or the Palestinian Authority," 18 U.S.C. § 2334(e)(1)(B)(iii), subject to specified exceptions that are not satisfied here.

22.    The PA's Ministry of Foreign Affairs acts as the PLO's agent in connection with activities in the United States. Defendants have engaged in propaganda activities and proselytizing from the United States, including by conducting press conferences and creating and distributing informational materials.

23.    Defendants have maintained and updated a website and X and Facebook accounts in the name of the State of Palestine, through which they publish communications in English adapted to or intended to influence the public within the United States. Facebook and X are United States-based social media companies.

24.    For instance, Defendants named their UN Mission's X account as simply "State of Palestine" on X. Only in the description and handle do Defendants clarify that it is the "Official X of the Mission to the United Nations." With the location of the account listed as "New York," Defendants disseminate propaganda that has no relation to their official UN activities. Defendants' X account updates have included communications intended to influence the public within the United States in furtherance of Defendants' political interests and/or to affect U.S. foreign policy.

25.    For instance, State of Palestine posted on X on October 13, 2025, following a hostage-prisoner exchange between Israel and Hamas, "1968 captives freed. 77 killed by Israel in Israeli detention centers over the past two years. Over 10,000 remain unlawfully held captive. 360 children remain behind bars." Defendants portray prisoners, those held in Israel for terrorism-related

crimes, of being "captives" equivalent in innocence to the Israeli civilians ripped from their homes by terrorists.[10] Other posts with no connection to their U.N. activities appear on their X account, including promoting or reposting Gazan journalists and celebrities who accuse Israel of genocide[11] and accusing Israel of killing journalists in Gaza.[12]

26.     In one post from May 2021, Defendants praised Paris Hilton for recognizing "genocide" and "ethnic cleansing" in the Palestinian territories.[13]

27.     Defendants also have used one of their official press outlets, WAFA, to publish communications in English adapted to and/or intended to influence the public within the United States in furtherance of Defendants' political interests and/or to affect U.S. foreign policy. The topic categories on the website indicate as much—there are specific sections on this website dedicated to discussion of the "occupation" and "prisoners," which, as described below, include Palestinian terrorists who benefit from Defendants' Pay for Slay program.

28.     Defendants' propaganda campaign, aimed at influencing the public within the United States in furtherance of Defendants' political interests and/or to affect U.S. foreign policy, has existed for years and long before the October 7 terror attacks in which the US-designated Palestinian Foreign Terrorist Organization ("FTO") Hamas, along with Palestinian civilians, invaded Israel and slaughtered more than 1,200 individuals and kidnapped hundreds more. A small sampling of

---

[10]     State of Palestine (@Palestine_UN), X (Oct. 13, 2025, 3:58 PM), https://x.com/Palestine_UN/status/1977826205312401409.

[11]     Sameh Ahmed (@palpress24), X (Sept. 16, 2025, 5:46 PM), https://x.com/PalPress24/status/1968068999935123544; State of Palestine (@Palestine_UN), X (Sept. 14, 2025, 9:39 PM), https://x.com/Palestine_UN/status/1967402886532628619; Dr. Ezzideen (@ezzingaza), X (Sept. 13, 2025, 3:07 PM), https://x.com/ezzingaza/status/1966941704415514814, State of Palestine (@Palestine_UN), X (Mar. 2, 2025, 9:31 PM), https://x.com/Palestine_UN/status/1896387995022106656.

[12]     State of Palestine (@Palestine_UN), X (Mar. 24, 2025, 10:25 AM), https://x.com/Palestine_UN/status/1904177716389097798.

[13]     State of Palestine (@Palestine_UN), X (May 16, 2021, 8:16 AM), https://x.com/Palestine_UN/status/1393903235975483392.

Defendants' propaganda follows:

- **February 9, 2022**: Defendants published an article entitled, "Palestinian Central Council suspends recognition of Israel until it recognizes State of Palestine[.]"[14]

- **December 4, 2022**: Defendants published an article entitled, "Foreign Ministry says world needs to deal with Israeli occupation as an apartheid regime[.]"[15]

- **October 2, 2023**: Defendants allege that reports about "Israeli economic facilities are misleading, occupation responsible for financial crisis[.]"[16]

29.    Defendants published the following on their website on October 7, 2023:

- **October 7, 2023**: Shockingly, mere hours after Hamas invaded Israel in the deadliest attack against Jews since the Holocaust, Defendants continued their propagandistic vitriol, alleging:

    - "Four killed in Gaza in an Israeli shelling. . ."[17]

    - "Journalist killed in an Israeli attack on Gaza. . ."[18]

    - "Minster of Health declare a state of emergency in all hospitals" because several Palestinians were killed by "Israeli attacks on the Gaza Strip."[19]

    - "Death toll of Israeli aggression on Gaza rises to 198, 1,610 injured."[20]

    - "Foreign Ministry says ending Israeli occupation only guarantee for peace, security and stability in the

---

[14] *Palestinian Central Council Suspends Recognition of Israel Until It Recognizes State of Palestine*, WAFA (Feb. 22, 2022), https://english.wafa.ps/Pages/Details/127987.

[15] *Foreign Ministry Says World Needs to Deal With Israeli Occupation as an Apartheid Regime,* WAFA (Dec. 4, 2022), https://english.wafa.ps/Pages/Details/132198.

[16] *Finance Ministry: Reports About Israeli Economic Facilities Are Misleading, Occupation Responsible for Financial Crisis*, WAFA (Oct. 2, 2023), https://english.wafa.ps/Pages/Details/137879.

[17] *Four Killed in Gaza in an Israeli Shelling as Life Came to a Standstill Following an Exchange of Gunfire*, WAFA (Oct. 7, 2023), https://english.wafa.ps/Pages/Details/137958.

[18] *Journalist Killed in an Israeli Attack on Gaza*, WAFA (Oct. 7, 2023), https://english.wafa.ps/Pages/Details/137963.

[19] *Minister of Health Declares a State of Emergency in All Hospitals*, WAFA (Oct. 7, 2023), https://english.wafa.ps/Pages/Details/137965.

[20] *Death Toll of Israeli Aggression on Gaza Rises to 198, 1,610 Injured*, WAFA (Oct. 7, 2023), https://english.wafa.ps/Pages/Details/137978.

region[.]"[21]

30.     The propaganda campaign only escalated in the following months. A sampling

follows below.

- **November 24, 2023**: Defendants claim that "Israeli genocide" had been ongoing for 48 days.[22]

- **November 28, 2024**: Defendants published an article entitled, "US activist call for Black Friday boycott to demand gov to stop sending arms to Israel[.]"[23]

- **December 3, 2024**: Defendants claim that "Israeli colonists prevent Palestinian from grazing his livestock in northern Jordan Valley."[24]

- **December 30, 2024**: Defendants publish article claiming Israel committed "systematic thefts in Palestinian homes[.]"[25] Defendants further claim that Israel ordered "punitive demolition[s]" for Palestinian homes.[26]

- **May 18, 2025**: Defendants published a letter entitled, "PNC: What is happening in Gaza is ethnic cleansing and genocide; international action needed[.]"[27]

- **June 25, 2025**: Defendants parrot United Nations Relief and Works Agency ("UNRWA") propaganda that "Israeli genocide" is ongoing.[28]

- **August 28, 2025**: Defendants allege that Gaza Humanitarian Foundation engaged in the "enforced disappearance of starving

---

[21] *Foreign Ministry Says Ending Israeli Occupation Only Guarantee for Peace, Security and Stability in the Region*, WAFA (Oct. 7, 2023), https://english.wafa.ps/Pages/Details/137973.

[22] *4-Day Humanitarian Pause Takes Effect in Gaza After 48 Days of Israeli Genocide*, WAFA (Nov. 24, 2023), https://english.wafa.ps/Pages/Details/139536.

[23] *US Activist Call for Black Friday Boycott to Demand Gov to Stop Sending Arms to Israel*, WAFA (Nov. 28, 2024), https://english.wafa.ps/Pages/Details/152088.

[24] *Israeli Colonists Prevent Palestinian from Grazing His Livestock in Northern Jordan Valley*, WAFA (Dec. 6, 2024), https://english.wafa.ps/Pages/Details/152329.

[25] *Israel is Committing Systematic Thefts in Palestinian Homes in Gaza, Says Rights Group*, WAFA (Dec. 30, 2023), https://english.wafa.ps/Pages/Details/140394.

[26] *Punitive Demolition Orders Issued for the Family Homes of Three Palestinians Killed Last Month*, WAFA (Dec. 30, 2023), https://english.wafa.ps/Pages/Details/140389.

[27] *PNC: What is Happening in Gaza Is Ethnic Cleansing and Genocide; International Action Needed*, WAFA (May 18, 2025), https://english.wafa.ps/Pages/Details/157443.

[28] *UNRWA Chief Describes Gaza's Situation as Utterly Horrific Amid Ongoing Israeli Genocide*, WAFA (June 25, 2025), https://english.wafa.ps/Pages/Details/158715.

Palestinian civilians seeking food aid[.]"[29]

- **September 11, 2025**: Defendants published an article entitled, "Israeli occupation forces round up dozens of Palestinians in widespread raids across West Bank."[30]

- **September 26, 2025**: Defendants claim that Palestinian civilians were murdered as part of an ongoing "genocide" writing, "Israel's genocidal onslaught continues undeterred. . . [.]" [31]

- **September 28, 2025**: Defendants published an article on their website's section entitled "Prisoners' institutions: Knesset's approval of death penalty law a further step to entrench occupation's crime against prisoners[.]"[32]

- **October 1, 2025**: Defendants published a press release on their website titled, "President Abbas commends Qatar for remarks in support of Palestinian rights[.]"[33]

31.    Defendants have clearly directed these propagandized communications towards an English-speaking audience.

32.    In summary, Defendants conducted a litany of activities while physically present in the United States, subjecting themselves to jurisdiction pursuant to 18 U.S.C. § 2334(e)(1)(B)(iii).

33.    This District is the proper venue for this action pursuant to 18 U.S.C. § 2334(a) since Defendants PA and PLO maintain an office and agent in and are residents of this District.

---

[29] *UN Experts Alarmed by Reports of Enforced Disappearances at Gaza Humanitarian Foundation Aid Distribution Sites*, WAFA (Aug. 28, 2025), https://english.wafa.ps/Pages/Details/160761.

[30] *Israeli Forces Detain 15 Palestinians in Widespread Raids Across West Bank*, WAFA (Sept. 11, 2025), https://english.wafa.ps/Pages/Details/161317.

[31] *PNC: What is Happening in Gaza Is Ethnic Cleansing and Genocide; International Action Needed*, WAFA (May 18, 2025), https://english.wafa.ps/Pages/Details/157443.

[32] *Prisoners' Institutions: Knesset's Approval of Death Penalty Law a Further Step to Entrench Occupation's Crime Against Prisoners*, WAFA (Sept. 28, 2025), https://english.wafa.ps/Pages/Details/161796.

[33] *President Abbas Commends Qatar for Remarks in Support of Palestinian Rights*, WAFA (Oct. 1, 2025), https://english.wafa.ps/Pages/Details/161955.

**PARTIES**

**Plaintiffs:**

34.     Plaintiff Chava Rachel Mark ("Chava" or "Chava Mark") sustained severe, permanent, life-altering head and brain injuries in the Attack. She also suffered and continues to suffer the loss of her husband and father of their ten children, Rabbi Michael "Miki" Mark. Chava Mark is an adult United States national.

35.     Plaintiff Chava Mark brings this action individually and as the personal representative of the Estate of her son, Pdaya Mark.

36.     The Marks' son, Pdaya, was a minor at the time of the Attack.  Pdaya was killed by terrorists in the Gaza Strip on October 31, 2023.  He was riding in the car with his parents and sister at the time of the Attack and witnessed his father's murder and the critical injuries the terrorists inflicted on his mother.  Pdaya also was seriously injured in the attack when the family car they were riding in crashed and overturned as a result of the Attack. Pdaya Mark was a United States national.

37.     Plaintiff Tehila Mark, the Marks' daughter, a minor at the time of the Attack, was riding in the car with her parents and her brother at the time of the Attack and also witnessed the terrorists killing her father and critically wounding her mother.  The terrorists shot Tehila in the stomach during the attack, causing serious injuries and she also suffered injuries as a result of the car crashing and overturning.  Tehila is an adult United States national.

38.     Plaintiff Rinat Mark, the daughter of Rabbi and Chava Mark, was a minor at the time of the Attack.  She is an adult United States National.

39.     Plaintiff Esther Mark, the daughter of Rabbi and Chava Mark, was a minor at the time of the Attack.  She is an adult United States national.

40.     Plaintiff Netanel Mark, the son of Rabbi and Chava Mark, is an adult United States national.

41.     Plaintiff Yehoshua Mark, the son of Rabbi and Chava Mark, is an adult United States national.

42.     Plaintiff Shira Mark Harif, the daughter of Rabbi and Chava Mark, in an adult United States national.

43.     Plaintiff Miriam Mark, the daughter of Rabbi and Chava Mark, is an adult United States national.

44.     Plaintiff Orit Mark Ettinger, the daughter of Rabbi and Chava Mark, is an adult United States national.

45.     Plaintiff Yiska (Iska) Mark, is the widow of David Shlomo Mark, who tragically died in 2019.  She brings this action as the personal representative of the Estate of David Shlomo Mark. David Shlomo Mark was the son of Rabbi and Chava Mark. David Shlomo Mark was a United States national.

46.     Each of the children of Rabbi and Chava Mark has personally suffered from the terrorist murder of their father and the severe, incapacitating, permanent injuries suffered by their mother in the Attack.  Each also has personally suffered as a result of the injuries suffered in the Attack by their siblings, Pdaya and Tehila Mark.  Each of the children of Rabbi and Chava Mark still living, continue to personally suffer as a direct result of the Attack and the injuries sustained by their parents and siblings.

47.     Plaintiff Ayelet Batt is Chava Mark's mother and the grandmother of all of the Mark children. She is an adult United States national.

48.     Plaintiff Aryeh Batt is Chava Mark's brother.  He is an adult United States national.

14

49.    Plaintiff Avraham Batt is Chava Mark's brother. He is an adult United States national.

50.    Plaintiff, Elisheva Hirshfeld is Chava Mark's sister. She is an adult United States national.

51.    Plaintiffs Ayelet Batt, Aryeh Batt, Avraham Batt, and Elisheva Hirshfeld suffered and continue to suffer from the severe, incapacitating, and permanent injuries sustained by their daughter and sister, Chava Mark.

**Defendants:**

52.    Defendant PLO is a political umbrella organization that claims to represent the world's Palestinians. The PLO is, and at all relevant times was, a legal person, as defined by 18 U.S.C. §2331(3).  The Palestinian National Council (PNC) is the legislative authority within the PLO, responsible for formulating PLO policy, and acting as a parliament that represents all Palestinians except Israeli citizens.  Hamas and Palestine Islamic Jihad ("PIJ") are invited to its meetings.  In 2018, the PNC met and reportedly transferred its powers to the Palestinian Central Council (PCC).  In January 2021, Mahmound Abbas, the head of Fatah,[34] the PLO, and the PA, issued a presidential decree, announcing the formation of a new PNC, formally including Hamas. The PLO's Executive Committee (EC) is the primary executive organ of the PLO, executing the policies and decisions of the PNC and PCC.  Members of the PLO's PNC, PCC, and EC include leaders and members of designated Foreign Terrorist Organizations and some members served in a short-lived, Hamas-led so-called unity government.

53.     Defendant PA is the governing body of the Palestinian Territories in the West Bank.

---

[34]   Fatah is an Arabic acronym for Palestinian Liberation Movement, a secular nationalist organization established by Yasser Arafat and his contemporaries in the late 1950s.

The PA is, and at all times was, a legal person as defined by 18 U.S.C. §2331(3). The governing party of the PA (and the largest dominant political faction of the PLO) is Fatah, which effectively controls both the PLO and the PA. Mahmoud Abbas serves as the President of the PA and Chairman of both the PLO and Fatah. Abbas was first elected as President of the PA in January 2005 and has refused to hold elections since then, even cancelling scheduled elections when it was clear that his party would lose. In reality, and especially following political moves over the years, Mahmoud Abbas has ruled and enacted laws by presidential decree during the time frame relevant to this case.

## STATEMENT OF FACTS

54.    In the Spring of 2016, Palestinian terrorist, Muhammed Jbara Fakia ("Fakia"), approached a fellow Palestinian terrorist, Muhammed al-Amarya ("al-Amarya") and enlisted his assistance acquiring weapons for use in terrorist attacks against Israelis.  Al-Amarya previously had served as a police officer in the Palestinian Authority's national security force and used that background with the PA and the knowledge he obtained through his PA training, to obtain weapons for use in terrorist attacks.  Indeed, he was one of many former PA national security officers who joined together to form the terrorist group Al-Aqsa Martyrs Brigade.

55.    According to Israeli intelligence and law enforcement records, Fakia had previously been a member of Palestinian Islamic Jihad, another designated outlawed terrorist group. However, while serving time in an Israeli prison for prior terrorist activities, Fakia left the PIJ and joined Hamas.

56.    Al-Amarya previously had been arrested by the Israelis in 2006 for illegally trading in military weapons, discharging weapons towards a person, participating in terrorist attacks, and for membership in a terrorist organization. He was released from prison in 2011 pursuant to a prisoner exchange deal between Israel and Hamas.

16

57.    Fakia and al-Amarya both lived in the town of Dura, near Hebron.

58.    Al-Amarya purchased a Kalashnikov assault rifle and bullets for 38,000 New Israeli Shekels, which was the equivalent of slightly more than $10,000. Fakia and al-Amarya began training with the weapon and another that Fakia had already acquired.

59.    In May 2016, Fakia told his brother Sahib, who was also a member of Hamas, about his plans to carry out an attack against Israeli civilians. Sahib assisted Fakia by purchasing elbow and knee pads, face masks, and two military uniforms. Fakia told Sahib that he had amassed an arsenal of nine firearms and five Kalashnikov magazines, fully loaded with bullets.

60.    At around the same time, Fakia approached Ala'ah Ra'ad Salah Zagayer ("Zagayer"), and requested that Zagayer acquire a video camera, films of Hamas leaders, Hamas flags, and two military uniforms. Zagayer later stated that he understood that Fakia was planning a terrorist attack and wanted to film his last will before the operation. Zagayer helped Fakia obtain the requested items.

61.    Fakia owned a car – a Hyundai. However, he wanted to use a different car in the Attack – one that would be more difficult to trace. Accompanied by Zagayer, Fakia purchased an Opel.

62.    Approximately three weeks before the Attack, Fakia told Zagayer that Fakia's superiors instructed him to find someone to replace him following his death. Zagayer recommended a friend of his, but Fakia said he preferred a different candidate.

63.    Shortly thereafter, Fakia told his brother, Sahib, that he was ready to carry out the Attack. However, Fakia received orders from leaders of Hamas's military wing, the Izz ad-Din al-Qassam Brigades, directing him to postpone the Attack due to an expected flare-up with Israel in Gaza.

64.     Fakia requested that his brother hide the weapons. The brothers disassembled the guns and cleaned them. Sahib kept them in his house at night, and Fakia took them out during the day.

65.     While Fakia and al-Amarya waited for instructions from Palestinian terrorist leadership to proceed with the attack, they continued their training and intelligence gathering.

66.     Fakia would dress in an Israeli army uniform while another person would dress as an Israeli settler. In these disguises the two were able to move about freely in areas under Israeli control and search for an appropriate location for their planned Attack.

67.     Approximately one week before the Attack, Fakia asked Zagayer to deliver a message for him. Fakia handed Zagayer a note and instructed him to go to the al-Kharas Mosque in Hebron. Zagayer was to remove his shoes (as is the Muslim custom before prayer), leave them on a particular shelf, and to place the note inside one of the shoes. Fakia told Zagayer that someone would collect the note from the shoe.

68.     Zagayer proceeded as instructed, but he forgot where he was supposed to place the note. When he returned with the note, Fakia told him he must return as people were waiting for the note.

69.     Zagayer again did as instructed. On the way, he read the note and saw that it said: "Surveillance has been performed on the target. The operation must be this Friday."

70.     Zagayer delivered the note as instructed and waited until another man removed the note from the shoe and placed a different note in the shoe.

71.     Zagayer took the second note with him and returned to Fakia. But before he delivered the note to Fakia, Zagayer read it. This note said: "We want to see you on Tuesday following the afternoon prayers at the *al Ahali* Mosque in Hebron."

18

72. Zagayer understood that Fakia was planning to carry out an attack the following Friday.

73. When Zagayer presented the return-note to Fakia, the latter read the note, tore it into pieces, and threw it out of the window.

74. Approximately three days before the Attack, Fakia told his brother that due to the concern that the Israelis would arrest him before he would have a chance to carry out the Attack, Hamas officials had authorized him to proceed.

75. Fakia asked Zagayer to arrange for him an apartment where Fakia could film his last will while dressed in a military uniform and standing next to Hamas flags.

76. Fakia and al-Amarya attempted three times to carry out a drive-by shooting attack. However, they were unable to identify an appropriate target.

77. On July 1, 2016, Sahib saw Fakia dressed in black military style pants and army boots. Fakia told Sahib that he was going to carry out the Attack that day.

78. Sahib escorted his brother to the car. Al-Amarya was driving Fakia's Hyundai. After the Attack, Fakia would tell Zagayer that he used the Hyundai because it could accelerate faster than the Opel he had purchased for use in the Attack.

79. Fakia asked Sahib to bring him the elbow pads, which he did. Sahib also noticed that Fakia had obtained an Israeli license plate.

80. Fakia and al-Almarya drove to a local school where they removed the Palestinian license plate and replaced it with the Israeli plate. Then they drove out of Dura looking for an appropriate target.

**The Terrorist Attack.**

81. On July 1, 2016, Rabbi Michael "Miki" Mark, his wife, Chava, and two of their ten children, Pdaya and Tehila, were driving in their car to Jerusalem to visit Rabbi Mark's mother.

19

82.     As they drove on the two-lane road, Fakia and al-Amarya followed them for a number of minutes. Al-Amarya was driving and Fakia was seated in the passenger seat.

83.     Fakia instructed al-Amarya to pull alongside the family's car. Al-Amarya veered into the left lane and accelerated until the Hamas car was next to the Mark's vehicle. Fakia opened fire with a Kalashnikov assault rifle, shooting at the Mark family from a distance of approximately 2 meters.

84.     In a matter of seconds, the Palestinian terrorists fired approximately 25 bullets into the Marks' car. Five bullets stuck Rabbi Mark's body and one bullet penetrated his head.

85.     Rabbi Mark lost control of the car, which flipped on its top before coming to a crashing halt.

86.     The terrorists also shot Chava Mark in her head, with their bullet entering through her right eye and exiting the top of her head. When the car stopped moving she was unconscious, still strapped into her seat, upside-down. Chava was critically injured and remained in a coma for several days, unable to attend her husband's funeral. Chava has undergone multiple brain surgeries and lost an eye as a result of her injuries. She continues to suffer from her permanent and serious injuries.

87.     The children, Pdaya and Tehila were both injured, but remained conscious. Tehilla, then a minor child, was shot in the stomach and has suffered terribly from the Attack.[35] Pdaya, also a minor child at the time, was injured in the crash. The children saw their parents unresponsive and believed that they had both been killed in the shooting. The children could not extricate themselves from the car. They remained in the car, helpless; both injured, knowing their parents could not save them.

---

[35] https://www.ynetnews.com/articles/0,7340,L-4834962,00.html

88.    The Palestinian terrorists made a U-turn and drove back to where the Marks' car had stopped. Al-Amarya would later confess that they wanted to ensure that all occupants of the car were dead and this is when they shot Chava Mark in the head.

89.    Fakia approached and fired again into the Marks' car. However, al-Amarya noticed that other vehicles were coming, and called for Fakia to quickly return to the car so they could escape.

90.    On their way back to Dura, Fakia told al-Amarya that upon his return to the victims' over-turned car he saw the two children alive in the back seat. The terrorists expressed their disappointment that they had to flee and were unable to kill the children.

91.    The Palestinian terrorists returned to the school and switched their car's license plate from the Israeli tag back to the Palestinian original. They threw the Israeli plate in the garbage.

92.    Fakia and al-Amarya each took one of the Kalashnikovs with them and they parted ways.

93.    At al-Amarya's trial, the Israeli court found that he had acquired the two Kalashnikovs and the bullets used in the attack. One of the weapons used in the attack was the one al-Amarya purchased for Fakia with 38,000 New Israeli Shekels. Al-Amarya and Fakia had trained with the weapons during the months leading up to the attack. Al-Amarya was convicted of premeditated murder, several counts of attempted murder, dealing in military equipment, and illegal possession of weapons.

94.    Immediately after the Attack, a Palestinian couple came upon the scene of the Marks' over-turned vehicle. They stopped to help the victims. The couple pulled the frightened and injured children from the car.

95.    The man stood by the road trying to flag down additional help, while his wife, who

was a trained nurse, tended to the children.

96. Within minutes a Palestinian doctor and his brother stopped to help as well. The doctor determined that Rabbi Mark was dead. But they pulled Mrs. Mark from the car. She had been choking due to the position of her seatbelt.

97. Other Palestinians passed in their vehicles. Some of them threatened the heroic rescuers who continued to tend to the Mark family until an ambulance arrived and evacuated the victims to a hospital.

98. Intelligence agencies and the Israeli army confirmed that the attack had been perpetrated by two Hamas cells. Following the Attack, Israeli intelligence discovered Hamas infrastructure in the West Bank that led them to the trigger-man, Fakia, who was hiding in a Palestinian village near Hebron.

99. Israeli security officials captured the driver, al-Amarya, alive. He confessed to his role in the Attack and provided details thereof to the Israeli investigators. Al-Amarya was tried and convicted for his role in the Terrorist Attack.

100. Three weeks after the Attack, Israeli forces surrounded the house in which Fakia was hiding. The Israeli forces called for Fakia's surrender, but the Hamas operative responded with gunfire and explosives. After a 7-hour stand-off, during which the Israeli security forces razed the house, Fakia's death was confirmed.

101. Palestinian media and leaders widely praised Fakia as a hero and a martyr, with Hamas leaders publicly claiming credit for the terrorist attack. Hamas members of course, are included in the target audience of the Defendants' Pay for Slay program and Palestinian terrorists affiliated with Hamas are both incentivized and rewarded under the program.[36]

---

[36] *See e.g.,* https://jcfa.org/paying-salaries-terrorists-contradicts-palestinian-vows-peaceful-intentions/

102.    Since their founding, Defendants have represented the Palestinian people and shaped their culture and society. During this extended period, Defendants PLO and PA have openly celebrated and rewarded acts of terrorism against civilians in Israel. Defendants glorify those who die while committing terrorist attacks against Israel—labeling them *shahids* (*i.e.*, martyrs)—and celebrate imprisoned terrorists, singling them out for special treatment, benefits, and tribute. Years of incitement to hate and murder, glorifying murderers, and celebrating terror attacks by the Defendants, together with Defendants' perverse terror reward system, serve as the predicate for this suit. Defendants have acted wantonly, recklessly, intentionally and with malice.

### SUMMARY OF THE PLAINTIFFS' INJURIES

103.    Plaintiffs were injured as a result of the international terrorism attack by the Palestinian terrorists identified herein, aided and abetted by Defendants and the following is a summary of the injuries suffered by each Plaintiff, resulting from the Defendants' conduct:

Plaintiff **Chava Rachel Mark** endured tremendous pain and suffering during and following the Attack and it continues to affect her every day of her life.  After the initial terrorist attack that led to the car they were traveling in crashing and overturning, the Palestinian terrorists returned for the express purpose of making sure they killed everyone in the car, shooting into the overturned car. One of the bullets they fired entered Chava Rachel Mark's right eye and exited through the top of her head.

The shooting gave Chava a "brain contusion with an open wound," a "penetrating injury of the right eye," and "massive" injuries to her orbital bones.  Bone fragments came to rest in the front lobe of her brain, and doctors performed an emergency craniotomy to remove them.  That operation also required the removal of her right eye. Chava began recovery but developed more brain issues, which required more surgeries.  She has since undergone multiple surgeries since the initial emergency operation, all to repair her facial bones and to excise various infections.  As a result, she often loses her balance, cannot sleep, and "has no short-term or intermediate-term

23

memory." Her personality has changed. She has also lost her sense of smell.  Chava cannot live alone because of her injuries and cognitive impairments.  The shooting left Chava "disfigured," depressed, and reliant on others for care.  She has advised that she can expect no significant improvement in her symptoms.  Her injuries are, by any measure, grievous and severe.  Chava also requests solatium. Chava and Rabbi Mark had 10 children together over 28 years of marriage.  She has suffered major depression and emotional difficulties from the loss of her husband, his absence from their lives, and from the events of the Attack that she saw and experienced.  She also has suffered major trauma and emotional distress from the injuries to her children, Pdaya and Tehila and must be awarded solatium damages.

At the time of the Attack, **Tehila Mark** was 14 years old. The Palestinian terrorists shot her in her stomach.  Their bullet entered her lower abdomen on her left side.  Once the car flipped over and stopped, Tehila saw her parents in the front seats, upside down with their seatbelts on.  She believed that they were dead.  She saw Palestinian terrorist Faqiya walk back to the overturned car, and she thought he would shoot her and Pdaya as well. First responders took her to the hospital, where she underwent emergency surgery to remove the bullet.  During all of this, she believed that her parents were dead.  Only later did she learn that her father was dead and that her mother clung to life. The hospital discharged Tehila a few days later, and she immediately observed Jewish mourning rites.  She could not walk for a couple of weeks after the surgery.  For the first year afterwards, her anxiety kept her from normal sleep.  She became constantly on edge and experienced troubling flashbacks in which she imagined someone shooting at her.  Because Tehila suffered a gunshot wound requiring emergency surgery, her injuries, including her pain and suffering are substantial.  Tehila also must be awarded solatium for her father's death and her mother's injuries and the extraordinary impact these have had on her, especially in light of her age.  She has

24

since faced addiction problems, related to the depression and anxiety that ensued from the loss of her father and the loss of the relationship with her mother as she had known it, and the injuries to her brother Pdaya.

**Pdaya Mark** was 15 when the Palestinian terrorists attacked his family. Pdaya remembered seeing "a lot of blood and fluid" on the floor once the car had stopped. His parents were unresponsive in the front seat and he was terrified. He saw his sister Tehila bleeding from her gunshot wound. Pdaya also had shrapnel from the terrorists in his legs. He knew then that his mother was alive, but unresponsive and critically injured, but also knew that his father was dead. After the attack, Pdaya experienced nightmares and flashbacks about it and could not perform at school, causing him to drop out. He suffered tremendous trauma and emotional distress from the Attack and its results, and must be awarded damages for his pain and suffering. He also must be awarded solatium damages for the loss of his father and his anguish over the injuries to his mother and sister. Pdaya was killed by Palestinian terrorists on October 31, 2023; accordingly, his claims in this case are brought through his Estate, with his mother serving as the personal representative.

**David Shlomi Mark**, who died in 2019, was the oldest of the Mark children. He identified his father's body for law enforcement and was broken by the loss. He became the *de facto* head of the family because of the Attack and suffered emotionally from the loss of his father and the loss of his mother from how she "used to be." His claims are brought by his Estate with his widow, Yiska, serving as personal representative.

**Shira Mark Harif** is the second oldest Mark child and was 24 years old when the attack happened. As the oldest female sibling and with her mother disabled from the attack, she had to take on the role of mother to the other siblings, dealing with the continuing injuries of her mother and siblings Pdaya and Tehila.

**Netanel Mark** is the third oldest of the Mark children and was 23 years old at the time of the attack.  He responded to the scene of the Attack in a professional capacity, responding to an emergency call and only upon arrival at the scene, did he learn that it was his family that had been attacked.  He saw the overturned car and the bullet holes and his father's uncovered corpse on the road.  He rode in the ambulance with Pdaya and soon saw the critical wounds his mother Chava and sister Tehila had suffered.  He did not believe his mother would survive.  He suffered tremendous trauma and emotional distress.

**Yehoshua Mark** was 22 at the time of the Attack and has suffered tremendous trauma and emotional injuries from the loss of his father and the injuries suffered by his mother Chava and his siblings Pdaya and Tehila.

**Miriam Mark** is the next oldest Mark sibling and was 18 years old when the Palestinian terrorists attacked her family.  The Attack made her feel as if the whole world "had collapsed beneath her." Miriam has suffered tremendously from the consequences to her family from the Attack and she has become disabled as a result of the trauma and emotional distress that ensued.

**Orit Chaya Mark-Ettinger** was 16 years old at the time of the attack.  She feels like the death of her father and the injuries to her mother and siblings destroyed her life as she had known it and her trauma and emotional distress was especially acute because she was a minor at the time.  She, like each of her siblings, has suffered tremendous emotional distress and trauma as a result of the Attack.

**Rinat Mark** was 10 years old when the Palestinian terrorists attacked her family.  She had been especially close to her father.  She has suffered tremendous fear, emotional distress, and trauma as a consequence of the Attack and what happened to her father, mother, and

siblings. She no longer sees anything positive in her life.

**Esther Mark** was 8 years old when the Palestinian terrorists attacked her family. It left her life in a state of complete upheaval. She had no parents at home she missed the life and security she felt she had at all times before the attack. She missed her father terribly and missed her mother as she had been before the attack. She felt tremendous trauma and emotional distress, which was especially acute because of her age. Chava's mother, Ayelet Batt, went into "an immediate state of shock" when she heard about the shooting. It has been tremendously difficult for her to see the dramatic change in her daughter's life from the injuries suffered at the hands of the Palestinian terrorists. She has feared every day that her daughter would die from these injuries. Seeing her daughter's emotional condition also has caused her emotional distress and trauma, leaving her depressed.

**Ayelet Batt**, Chava Mark's mother and the grandmother of each of the Mark children, went into "an immediate state of shock" when she heard about the shooting. It has been tremendously difficult for her to see the dramatic change in her daughter's life from the injuries suffered at the hands of the Palestinian terrorists. She has feared every day that her daughter would die from these injuries. Seeing her daughter's condition and the injuries and changes in her grandchildren Pdaya and Tehila has caused her emotional distress and trauma, leaving her depressed.

**Elisheva Hirshfeld**, Chava Mark's sister, also seeks solatium damages. She was especially traumatized by the injuries from the Attack because her own son was killed in a terrorist attack at his high school in 2008. She spent months helping with Chava's rehabilitation and this has all left her emotionally devastated and depressed. She also has had to neglect her husband and children while tending to her sister's needs.

**Aryeh Batt and Avraham Batt,** Chava Mark's brothers, seek solatium damages as well.

27

They have both always been very close with Chava and have been traumatized and emotionally distressed by her condition since the terrorist attack. They have tried to help tend to her needs and at times have thought she would die from her injuries. They have been overwhelmed by the complete change in her life and personality since the attack and following all of the surgeries.

**DEFENDANTS' HISTORY OF TERRORISM AND PAY FOR SLAY**

*A. The Founding of the PLO and PA and Their Early Terrorist Strategies*

104. Established in 1964 in Cairo, Egypt, during the Arab League Summit, Defendant PLO's founding manifesto called for the annihilation of Israel.

105. Following the PLO's founding, several terrorist factions emerged under the PLO's umbrella, including the Popular Front for the Liberation of Palestine ("PFLP"); the Democratic Front for the Liberation of Palestine; the Popular Front for the Liberation of Palestine-General Command ("PFLP-GC"); and Fatah, a terror group from the early 1960s that would eventually dominate Palestinian leadership in the years to come.

106. In the late 1960s, the PLO began orchestrating terrorist attacks against Israeli civilians as part of its larger effort to "uproot the Zionist entity," committing hundreds of attacks in just a few short years. This was the beginning of a longstanding pattern, described in more detail below, which normalized terrorism against Jews and visitors to Israel. This normalization of violence to achieve a political objective has emboldened would-be terrorists and laid the groundwork for the circumstances that led to the murder of Rabbi Mark and the injuries of the Plaintiffs.

107. The PLO initially focused its efforts on airplane hijackings. In 1968, three PFLP terrorists hijacked an El Al flight flying from Rome to Tel Aviv. The flight was diverted to Algiers, where a large portion of the flight's passengers were held hostage for forty days by the hijackers

until a negotiation was reached for the hostages' release.

108.    In February 1970, PLO terrorists detonated a bomb on a Swissair flight from Zurich to Hong Kong, killing all forty-seven passengers and crew.

109.    In September 1970, PFLP terrorists orchestrated a series of hijackings over several days, seizing a total of five planes and holding over 300 hostages.

110.    Two years later, four PLO terrorists hijacked a Sabena airlines flight from Brussels to Tel Aviv. The 90 passengers aboard were rescued after Israeli special forces entered the plane disguised as technicians.

111.    That same year, members of the group Black September, a wing of Fatah, murdered eleven Israeli athletes at the 1972 Munich Olympics.

112.    The PLO also carried out terrorist attacks in Cyprus, Switzerland, Greece, and Paraguay throughout the 1970s.

113.    Six years after the Munich Olympics, Fatah terrorists carried out the Coast Road Massacre, which was the most lethal attack in Israel's history prior to October 7, 2023. Palestinian terrorists hijacked a bus, murdering 37 people of whom 12 were children, and wounding 70 people.

114.    In 1985, members of the PLO hijacked a cruise ship off the coast of Egypt named the "Achille Lauro." PLO terrorists took the passengers hostage, murdering a Jewish wheelchair-bound American passenger named Leon Klinghoffer, shooting him and throwing him overboard. One of the terrorists later explained that they had explicitly sought to kill an American, choosing Klinghoffer because he was disabled and executing him would demonstrate to the world that they "had no pity for anyone."

115.    Although the PLO did not have a formal reward system for compensating its imprisoned terrorists (or the families of its martyrs) during this time period, it did provide payments

to operatives on a regular basis.

116.    Despite its robust terrorist activity throughout the 1970s, Arab leaders designated the PLO as the "sole legitimate representative of the Palestinian people" in 1974, and the United Nations (U.N.) awarded the PLO "observer status" for the purposes of U.N. proceedings that same year.

117.    During this time period, Defendant PLO also settled upon its purported legal justification under international law for its terror. In 1974, the United Nations General Assembly ("UNGA") passed Resolutions 3236 and 3246, recognizing "the right of the Palestinian people to regain its rights by all means,"[37] including "armed struggle."[38] UNGA Resolutions 3236 and 3246 have been unabashedly misrepresented by Defendants as a license to kill. Both resolutions are cited as proof that international law grants Palestinians the right to murder any Israeli—soldiers, civilians, men, women, children, infants, and even foreign nationals in Israel, all in the name of Palestinian "resistance." This message has been disseminated to Palestinian civilians *ad nauseam*.[39]

118.    In 1980, the PLO's Permanent Observer, acting in his official capacity, purchased a townhouse located at 115 East 65th Street, New York, NY, from which the PLO began its large-

---

[37] G.A. Res. 3236 (XXIX), U.N. GAOR, 29th Sess., Supp. No. 31, at 106, U.N. Doc. A/RES/3236 (1974).

[38] G.A. Res. 3246 (XXIV), U.N. GAOR, 24th Sess., Supp. No. 80, at 13, U.N. Doc. A/RES/3246 (1974).

[39] Just a few months ago, Israel released 250 Palestinian terrorists, many serving life sentences for murder, to have Hamas free 20 Israeli hostages, who were kidnapped and tortured in Hamas tunnels for 2 years. Defendant PA's response was to post three tweets on its official X account demanding the release of 10,000 additional Palestinian prisoners jailed in Israel for terror offenses. The PA lamented that "still more than 10,000 captives are unlawfully held by Israel," followed by "Israel still unlawfully holds over 10,000 Palestinian captives," followed by "over 10,000 remain unlawfully held captive." The PA teaches its people that Israel's arrest of terrorist murderers like Abdullah Barghouti, mass murderer of 67 cited above, is "unlawful," because Palestinian killing of Israeli civilians and foreign nationals in Israel constitute lawful "resistance."

scale propaganda campaign in the United States, generating and disseminating promotional materials from its Manhattan office.

119.    The international community's overtures did little to lessen the PLO's commitment to unbridled violence. For example, the First Intifada was a wave of Palestinian violence and terror against Israelis that lasted from 1987 to 1993, during which approximately 200 Israelis were murdered. During the First Intifada, the PLO supplied Palestinians with Molotov cocktails, grenades, and other weapons, as well as informational materials instructing Palestinians when and where to attack Israelis. In fact, Defendant PA's official news agency WAFA bragged that the First Intifada was directed by the PLO under the auspices of PLO leader Abu Jihad:

> The first stage of the Intifada took place upon escalation of two unrelated incidents in the Gaza Strip. . .Within weeks, the PLO became the de factor director of the uprising, which lasted until 1991. Al-Wazir [Abu Jihad] had been assigned by Arafat the responsibility of the territories within the PLO command. . .Abu Jihad provided the uprising with financial backing and logistical support, thus becoming its "brain in exile". He reportedly activated every cell he had set up in the territories since the late 1970s.[40]

### B. Disparate Palestinian Factions, Including Defendants and Designated Foreign Terrorist Organizations, Unite for Common Purposes

120.    Palestinian society in Gaza and the West Bank is pockmarked with various political factions and militant groups, some designated as Foreign Terrorist Organizations ("FTOs") by the US. In October 1997, the United States designated a swath of Palestinian militant groups as FTOs, including the PFLP, PFLP-GC, the Palestine Liberation Front ("PLF"), Palestinian Islamic Jihad ("PIJ"), and Hamas (collectively "Palestinian FTOs").

121.    Palestinian FTOs fall into different political camps. For example, the PFLP is a

---

[40] *Remembering Abu Jihad, the PLO Mastermind, on His 35th Anniversary*, WAFA (Apr. 16, 2023), https://english.wafa.ps/Pages/Details/135381.  Tellingly, Abu Jihad was in charge of the Pay for Slay program for many years.

Marxist-Leninist group while PIJ is Sunni Islamist. Some Palestinian FTOs are politically aligned with Defendants, while others position themselves as the PA's rival in the fight for political hegemony. Hamas, for example, is an offshoot of the Muslim Brotherhood and has been vying for decades to replace Defendants as the so-called governing entity of the Palestinians.

122.    However, Defendants and Palestinian FTOs, even so-called rival factions, unite toward the common purpose of advancing the perceived Palestinian struggle against the State of Israel. In February 2026, for example, Defendant PLO's Secretary General Azzam al-Ahmed publicly declared that "all talk of disarming Hamas and their being a terrorist organization is unacceptable to us," affirmed that Hamas is "part of the Palestinian national fabric," and confirmed that the PLO is "in constant national talks" with Hamas.[41] Thus, despite any surface-level distinctions or political rivalry between Defendants and Palestinian FTOs, specifically Hamas, the organizations remain fundamentally united toward a common cause.  It is well known and widely reported that Defendants pay Hamas members through the Pay for Slay program.[42]

123.    After the October 7 Hamas-led terrorist attack, Defendant PA announced a campaign to unite with Hamas under the banner of "joint . . . resistance," meaning terrorism against Israel.[43] In discussing Defendants' hopes to combine efforts with Hamas, Fatah Central Committee Secretary Jibril Rajoub stated on or about November 26, 2023: "We view political Islam, and foremost among it the Hamas Movement, as part of the fabric of our struggle and our political and social fabric. We must preserve our achievements [i.e. the purported gains in destroying Israel

---

[41] Noam Lehmann & Jacob Magid, *Defying Trump, Senior Palestinian Official Rejects Demand for Hamas Disarmament, PA Reforms*, TIMES OF ISRAEL (Feb. 24, 2026), https://www.timesofisrael.com/defying-trump-senior-palestinian-official-rejects-demand-for-hamas-disarmament-pa-reforms/amp/.

[42] https://palwatch.org/page/16995; https://www.jpost.com/middle-east/article-768735?utm_source=chatgpt.com; https://palwatch.org/page/34650.

[43] Nan Jacques Zilberdik, *Palestinian Authority Goal: Unity with Hamas and Islamic Jihad Terror Organizations*, PALESTINIAN MEDIA WATCH (Jan. 7, 2024), https://palwatch.org/page/34904.

achieved through terror], we are a liberation project, and we are all potential Martyrs."[44]

124.    As described above in Section A, the PA led the way in and innovated widespread guerilla-style violence as the response to the existence of the State of Israel and presence of Jews in the Levant, but that persistent approach has been copied and deployed across Palestinian FTOs in the decades since.

### C. The Oslo Accords and the PLO's Prompt Establishment of Pay for Slay

125.    At the close of the First Intifada in 1993, and under the weight of international pressure, the PLO and Israel began a peace process that would culminate in the Oslo Accords. Subject to this agreement, Israel arranged to transfer portions of Gaza and part of the West Bank (formally known as "Judea and Samaria") to Palestinian control.

126.    To administer civil matters and internal security in the new Palestinian territories, the Oslo Accords established the PA.

127.    Since the execution of the Oslo Accords, the PLO has been regarded as the international representative of the Palestinian people, while the PA has been regarded as the governing body of the Palestinian areas of the West Bank. Both the PA and the PLO are currently controlled by Palestinian leader Mahmoud Abbas.

128.    A little more than a decade after concluding the Oslo Accords and reframing themselves as "peace partners" with Israel, Defendants transformed their previously informal system for paying imprisoned Palestinian terrorists and the families of deceased Palestinian terrorists, whom Defendants refer to as "martyrs," into a staple of Palestinian society.

129.    Defendants' institutional mechanism for paying imprisoned Palestinian terrorists was codified in 2004, while payments to "martyrs" were formalized following the Second Intifada

---

[44] *Id.*

33

(from 2000 to 2004) as the result of the large number of terrorists who were killed while committing terror attacks.

130.    Referred to collectively as "Pay for Slay" by many in the United States, this payment system developed by Defendants provides imprisoned terrorists, injured terrorists, and the families of dead terrorists with an elaborate schedule of salaries, stipends, rewards, and benefits, including employment, free health care, free legal representation, and free tuition. Pay for Slay is not a form of welfare, as the salaries, stipends, rewards, and benefits are not provided on a needs-basis. Indeed, the laws governing the system explicitly demand that Defendants pay salaries and benefits to all prisoners, regardless of need, and that payments should be provided regardless of the terrorist's individual affiliation with particular groups or sects. Namely, whether an individual terrorist is a member of Hamas, PIJ, Fatah, PFLP, or any other group is of no moment to Defendants. So long as the Palestinian terrorist has been recognized as a prisoner or a martyr, the terrorist or his or her family will receive payments under Defendants' policy—and would-be terrorists know this and can count on it.

131.    The Second Intifada, which lasted from 2000 until 2004, compelled Defendants to formalize their payment system to terrorists. Over the course of the Second Intifada, Palestinian terrorists, many in organizations under the control of the PA, Fatah, and the PLO, conducted more than 100 suicide bombings, murdering over 1,000 Israelis and dozens of international citizens.

132.    While Pay for Slay is commonly used to refer collectively to the entire system of rewarding terrorists that "resist the occupation" defined as Israel, prisoners and martyr families are subject to different rewards systems under the control and discretion of Defendants. Each reward system is described herein.

i.    **Defendants' Payments Reward Palestinians Imprisoned for Terrorism**

133.    Those who are imprisoned for committing acts of terrorism against Israel are routinely hailed as national heroes by Defendants PLO and PA. To that point, Abbas just reiterated in 2025, "Even if we have [only] one penny left, it is for the prisoners and Martyrs. I will not agree, and you will not agree, to reduce any obligation, any interest, or any penny given to them. They must receive everything, as it was in the past, and they are more precious than all of us!"[45]

134.    There are thousands of Palestinian prisoners serving sentences in Israel for terrorism-related offenses, otherwise known as "security prisoners." According to figures provided just months ago,  there are reportedly around 9,300 Palestinian security prisoners serving sentences or awaiting trial in Israel for acts related to terrorism against Israel.[46]

135.    The system of payments was first formalized in 1998 when PLO leader Yasser Arafat established the "Ministry of Prisoners Affairs" as an arm of the PA's government strictly devoted to supporting Palestinian terrorists imprisoned in Israel.

136.    Upon Arafat's 1994 death, his successor, Abbas, further cemented and expanded the Ministry of Prisoners Affairs as an integral component of Palestinian governance. Specifically,

---

[45] https://palwatch.org/page/36975; https://www.cfr.org/articles/palestinian-authority-continues-teach-hate-and-reward-terror-0.

[46] Hamoked Ctr. for the Defense of the Individual, *9,245 "Security" Inmates Are Held in Prisons Inside Israel* (Feb. 2026), available at https://hamoked.org/prisoners-charts.php#:~:text=As%20of%20February%202026%20Israel%20holds%201,330%20sentenced%20prisoners,%203,308,inter%20alia,%20in%20Israeli%20law; Palestinian Prisoners Society, FACEBOOK (Feb. 5, 2026, 5:16 AM) (reporting the number as approximately 9,300), https://www.facebook.com/ppsmo.p/posts/-update-on-the-number-of-political-prisoners-in-israeli-occupation-prisons-febru/885449807788303. The difference in the number of prisoners in the initial and amended complaints is attributable to Israel's agreement to release 1,700 Palestinian security prisoners in exchange for the release of the remaining hostages held in Gaza since the October 7, 2023 terror attack. Details of that deal were announced shortly after the filing of the initial complaint. *Who Are the Palestinian Prisoners Freed in the Israel-Hamas Deal?*, AM. JEWISH COMM. (Oct. 17, 2025), https://www.ajc.org/news/who-are-the-palestinian-prisoners-freed-in-the-israel-hamas-deal.

Abbas, as Chairman of the PLO and President of the PA, oversaw the passage of a constellation of laws that outlined the specific rewards and benefits available to terrorists (and their families), whether imprisoned or released.

137.    Law No. 14 (2004) on Aid for Prisoners in Israeli Prisons ("Law No. 14") defines the prisoners eligible for reward as "anyone incarcerated in the occupation's prisons for his participation in the struggle against the occupation," meaning anyone who has engaged in terrorism against Israel and been arrested for such. Amended Palestinian Prisoners Law, 2004/19, art. 1 (2004) (Palestinian Authority).

138.    American society praises those who have vindicated civil rights and brought peace. In contrast, Amended Palestinian Prisoners Law No. 19 (2004) ("Law No. 19") valorizes both imprisoned and released terrorists as "a fighting sector and an integral part of the fabric of the Arab Palestinian society." Amended Palestinian Prisoners Law, 2004/19, art. 2 (2004) (Palestinian Authority). Law No. 19 "grant[s] every incarcerated prisoner [imprisoned for terrorism] a monthly salary, without discrimination," as well as a clothing allowance to be distributed twice annually. *Id*. at art. 6. The PA law differentiates typical criminal prisoners from terrorist prisoners by assigning the latter a special Arabic word—*Asra*—which is equivalent to calling the terrorist prisoners "POWs." *Asra* is used by the PA to emphasize its claim that Palestinian terrorists are actually legitimate soldiers because the U.N. gave them the right to kill. The PA uses a different word for criminal prisoners, such as car thieves, who receive no benefits.

139.    Critically, the monthly salary awarded under Law No. 19 is based upon the length of time the terrorist has served in prison thus far, with the amount increasing in steady increments. This arrangement ensures that the terrorists who murder Jews, Israelis, Americans, or all three (and spend the longest time in prison) receive the largest salaries. *See* Government Decision No. 23

36

(2010) (Palestinian Authority). Law No. 19 also stipulates that the monthly salary to the prisoner is to be linked to a cost-of-living index to ensure that the salary is on pace with inflation.

140.    Over the last several decades, control over the payment system has volleyed between the PA and the PLO, both of which are headed by Abbas. While the PA Ministry of Prisoners Affairs oversaw the system for ten years, in 2014, the PLO and the PA created the Commission of Prisoners' Affairs, described herein, and transferred the functions of the Ministry of Prisoners Affairs to the PLO Commission. The PA also transferred the money to the PLO to fund the terrorists' salaries.

141.    The move was a brief sleight-of-hand to appease donor countries concerned by the PA's funding of terrorism, which the PA openly admitted.[47] Abbas even appointed the same minister who formerly oversaw the payment of prisoners' salaries under the Ministry of Prisoners'

---

[47] In August 2014, the newly-appointed head of the Commission of Prisoners' Affairs Issa Karake confirmed that the shift to the PLO was merely cosmetic to appease the donor countries:

> The Palestinian leadership, President Mahmoud Abbas and the members of the [PLO's] Executive Committee confirmed that this change would in no way affect the importance and significance of the prisoners' issue, neither in terms of politics and the struggle nor in terms of the services [to the prisoners]. There was [international] pressure [because of the salaries to terrorists] and a kind of war, an intense war, and monetary and financial threats towards the PA.

Ajyal Radio (independent Palestinian station), Aug. 30, 2014. The PA Government Spokesman explained that this change was to make donor countries think they were no longer paying to prisoners:

> [The change] will provide political and legal cover for this issue. It eliminates the many arguments made by many parties, who always try to say that [foreign] aid money [to the PA] is going to the prisoners.

Official PA TV, June 5, 2014. Moreover, the official PA daily reported that the new "Commission" will be subordinate to the PLO and supervised by it and by the Palestinian presidency. *Al-Hayat Al-Jadida*, Sept. 3, 2014.

Affairs to serve in the same capacity, only now as head of the new PLO Commission. In 2018, the PA moved the terror reward payments back to the Ministry of Prisoners' Affairs, paid the salaries directly, and closed the Commission. The PA's direct payments were short-lived—in 2020, the responsibility for paying imprisoned terrorists once again shifted back to the PLO.

142.    In February 2025, the PA announced a new system to oversee payments to prisoners and martyrs' families, which would operate under the Palestinian National Economic Empowerment Institution ("PNEEI"). PNEEI announced that it began to take oversight only in September 2025.

143.    In February 2026, the PA presented its "Draft of the Temporary Constitution of the State of Palestine," as the proposed founding document for a future Palestinian state. The PA Draft Constitution preserves Pay for Slay as a critical part of any Palestinian state's infrastructure and so-called welfare programming.

144.    Article 24 of the PA Draft Constitution, entitled "Families of martyrs, victims of genocide," provides in pertinent part: "The State of Palestine and the relevant national institutions work to provide protection and care for the families of martyrs and the wounded and prisoners and those released from the occupation prisons . . . ."[48]

145.    Article 44, entitled "Martyrs, wounded, prisoners," further promises: "The law organizes the provision of comprehensive care for the families of martyrs, the wounded, and prisoners, and those released, in preservation of their national dignity and their humanitarian and living needs."[49] Regardless of whether the payments came from the PA or the PLO, at all relevant times, the payment system to imprisoned terrorists has always been controlled and operated by

---

[48] Draft Constitution of the State of Palestine (Feb. 2026) (Unofficial Published English Translation by Zaid Al-Ali), available at https://constitutionnet.org/sites/default/files/2026-02/2026.02%20-%20Draft%20constitution%20%28English%29.pdf.
[49] *Id.*

Defendants PLO and PA, always under the direction of PA and PLO leader Mahmoud Abbas, and always funded by Defendant PA.

### ii.    Pay for Slay Payments Are a Direct Incentive for Terror

146.    Defendants pay each terrorist increasing amounts based on the length of time of the imprisonment, as is explicitly written in PA law. Specifically, Defendants pay out salaries on the following schedule that either meet or exceed the average monthly salary in the West Bank:

- 1,400 shekels per month (about $417 USD) for the first three years in prison;
- 2,000 shekels per month (about $596 USD) for the next two years;
- 4,000 shekels per month (about $1,1193 USD) between years six and ten;
- 7,0000 shekels per month (about $2088 USD) between years 11 and 15;
- 8,000 shekels per month (about $2386 USD) between years 16 and 20;
- 10,000 shekels per month (about $2983 USD) between years 25 and 30; and finally, 12,000 shekels per month (about $3580 USD), should imprisonment exceed 30 years.

147.    The average monthly salary in the West Bank has been roughly 1,430 shekels ($430 USD).[50] This system of payments therefore creates a strong incentive structure for Palestinians to engage in terrorism—with the promise of a government salary in exchange for murderous acts of violence, guaranteeing security for them and their family should they be killed, injured, or arrested. The term "salary" is used in Palestinian law to indicate that the income was earned and is not a form of social welfare.

148.    The words of the Palestinian terrorists themselves best demonstrate this phenomenon. For example, terrorist Khaled Rajoub, whose terror attack in 2014 was thwarted by

---

[50] Nurit Yohanan, *Barred From Working in Israel, West Bank Palestinians Pay a Price for Gaza's War*, TIMES OF ISRAEL (July 19, 2025), https://www.timesofisrael.com/barred-from-working-in-israel-west-bank-palestinians-pay-a-price-for-gazas-war/#:~:text=The%20average%20monthly%20salary%20in,$2%2C380)%20or%20more%20per%20month.

Israeli security forces, later explained to Israeli security forces why he tried to murder Israelis:

> I am a man with a family of seven, including me and my wife. I don't work, and I've accumulated large debts and am unable to pay them off. I reached a point where, if my son wants a shekel, I have nothing to give him. Therefore, I decided to die—it didn't matter how, by hanging, any way, to die. I thought about it and said to myself that if I die by hanging, or any other way, I won't get anything out of it, so I decided to do something serious, such as committing murder, something in which I will both kill and get killed, and then my family will get money [from the PA] and will live comfortably. In other words, something will come out of my death.[51]

149.    In addition to these payments to imprisoned terrorists, Defendants pay bounties to their families in the amount of 300 shekels per month for each wife and 50 shekels per month per child. Payments to family members are increased should the family members live in Jerusalem (an additional 300 shekels per month) or any other part of Israel (an additional 500 shekels per month) demonstrating that Defendants calibrate their payments to incentivize particular types of terrorist attacks. In other words, Defendants (despite ostensibly only being the government of Palestinians in Gaza and portions of the West Bank), deliberately create an incentive structure that encourages Israeli Arabs, who do not have to pass through security checkpoints, to commit acts of terror against Israelis, Jews, and visitors to Israel.[52]

150.    Those working for the Palestinian government, if compelled to avail themselves of the handsome rewards system, need not worry about prison time affecting their future salary. If a terrorist was employed by the PA or PLO at the time of the relevant act of terror, such terrorist's

---

[51] Itamar Marcus and Nan Jacques Zilberdik, *Interrogation of Palestinian terrorist proves: Palestinian Authority payments motivate terror*, PALESTINIAN MEDIA WATCH (July 10, 2017), https://palwatch.org/page/12604.

[52] A formal system of security checkpoints in Israel emerged following the First Intifada. It was expanded in response to the obscene violence of the Second Intifada. These checkpoints are positioned in Israel along the border of the Palestinian-controlled portions of the West Bank and Gaza.

time in prison will count towards his civil service tenure for the purposes of calculating pay and benefits. Furthermore, "the National Authority shall pay [such terrorist's] social security and pension fees to the social security and pension fund for the years he spent in prison."

151.    In 2013, Law No. 19 was amended to further bolster Defendants' support for Palestinian terrorism by providing yet another set of incentives. *See* Decree Law No. 1 on the Amendment of the Prisoners and Released Prisoners Law No. 19 (2004), 2013/1 (Palestinian Authority) ("Decree Law No. 1").  Among its provisions, Decree Law No. 1 does the following, *inter alia*:

- Guarantees employment to prisoners upon release and, in particular, employment with the PA and PLO, should the male prisoner have served a decade in Israeli prison (and female, five years).
- Promises released prisoners will be given priority hiring in PLO and PA institutions.
- If the PLO and PA cannot provide employment, they guarantee a monthly salary to every released prisoner who spent five to 10 years in prison.
- Promises to "provide for … [the] families" of released prisoners.
- Guarantees a large release grant to any prisoner who served one year or more.

152.    Article 6 of Decree Law No. 1 exempts released prisoners who served one year or more from having to pay tuition fees at Palestinian universities or any professional training programs. It also promises released prisoners free health insurance.

153.    Because of Defendants' perverse and heinous system of allocating funds which would otherwise be used to support Palestinian civil society to reward terror, Palestinians who might not otherwise seek to kill Jews know that they can best provide for their families by doing so.

154.    The Pay for Slay program thereby incentivizes terror with the mere promise of payments, the actual cash money payouts themselves, and the glory promised to all so-called

41

"martyrs." Through this program, Defendants aid and abet the FTOs whose members and affiliates carry out the attacks, as well as the larger mission of the FTOs to kill Israelis, Jews, and Americans, as well as destroy the State of Israel.

### iii.   Pay for Slay Payments Reward Palestinian "Martyrs"

155.   In addition to rewarding Palestinian security prisoners and their families—both during imprisonment and long after release—Defendants pay stipends to the families of Palestinian terrorists who are killed during the commission of a terrorist attack. Defendants reward these individuals, which include suicide bombers who murdered civilians, elevating these individuals to a supreme religious status of "martyrs," meaning individuals who died for Allah.[53]

156.   Those who are injured in the commission of a terrorist attack, but not killed, also receive similar payments, depending upon the severity of the disability incurred by the terrorist. For instance, the payment to the wounded terrorist is a percentage of the allowance traditionally paid to "martyr" families based on the degree of the incurred disability: a wounded terrorist with 75% disability or more will receive a full allowance; a wounded terrorist with 50 to 74% disability will receive 75% of the allowance; and a wounded terrorist with 40 to 49% disability will receive 50% of the allowance.[54]

---

[53] PA Minister of Religious Affairs, Mahmoud Al-Habbash, stated the following:

> After prophecy and righteousness there is no status Allah exalted more than Martyrdom . . . They went smiling to their deaths . . . The martyr has merit with Allah, a merit that no one else has. . .The martyr- his sins are forgiven with the first gush of his blood from his wound. . . The martyr advocates on behalf of 70 members of his family, and saves them all from hell. The martyr lives together with the prophets and the righteous ones.

Official PA TV, Nov. 8, 2013.

[54] Maurice Hirsch, Adv., Itamar Marcus, & Nan Jacques Zilberdik, *PMW Special Report: Israel Must Implement 2nd Half of Anti-"Pay-for-Slay" Law Before the End of 2019*, PALESTINIAN MEDIA WATCH (Nov. 18, 2019), https://palwatch.org/page/16842.

157.    Even though the PA did not create a statutory payment scheme for martyr families as it did for Palestinian security prisoners, Defendants' policy of awarding Palestinian martyrs is accepted and well-publicized. This policy is also heavily prioritized by Defendants. In fact, even when the PA did not have enough money to pay its employees their full salaries in 2024, Muhammad Hamida, the Economy Ministry Director in Bethlehem, explained that both the prisoners' and the martyrs' families still received their full salaries:

> While we as [PA] employees received a salary at a rate of 50%, before the [Gaza] war, the families of the prisoners and martyrs received a full salary. The Palestinian leadership remains committed to this. It deducted amounts from regular employees and gave a full salary to the families of the prisoners and martyrs . . . No one in Palestine complains about why the families of the prisoners and the martyrs get a full salary and we get half.

Official PA TV, July 16, 2024.

158.    The Institution for Families of the Martyrs and the Injured (the "Institution"), which is overseen by Defendant PA, disburses payments to injured terrorists, as well as to the families of terrorists killed during the commission of a terror attack.

159.    Founded by Fatah in 1965, the Institution was declared an official organ of the PLO in 1971. In 1994, it was absorbed into the PA's Ministry of Social Affairs. In 2005, Abbas transferred the Institution back to the PLO, where it currently sits. Despite being housed in the PLO, the Institution is funded by the PA's Ministry of Finance.

160.    The Institution is careful to ensure that its funds are used *only* for terrorism-related deaths. For each martyr, the Institution ensures that the martyrdom is legitimate—that is, that the individual in question was not engaged in ordinary street crime, but was killed or injured committing an act of terror or killed or injured accidentally during a counter-terrorism operation. A Social Examination Form, detailing information about the martyr in question, the date, the place,

and the circumstances of his death, as well as proof of death, is completed before any determination is made.

161.    Families of Palestinian "martyrs", regardless of particular group or FTO-affiliation, are eligible to receive a one-time immediate grant of 6,000 shekels following the martyr's death in a terrorist attack against Israel, followed by a monthly stipend of 1,400 shekels per month. The injured receive monthly grants between 700 shekels and 1,400 shekels per month, based on the degree of the disability.

### iv.    Disbursing Payments to Prisoners and "Martyrs"

162.    While payments to new "martyrs" or their families are not always immediate, Defendants do the utmost to ensure that terror salaries and stipends are paid as soon as possible.[55]

163.    Prior to 2021, various Palestinian banks across the West Bank disbursed Pay for Slay payments to recipient. As described below, amendments to Israel's Anti-Terror Law effectively hampered the banks' abilities to disperse these payments.

164.    In May 2020, the Head of the Israeli Defense Forces ("IDF") in Judea and Samaria signed the Order for Security Provisions (Amendment No. 67) (no. 1827), 5780-2020, which extended the application of Israel's Anti-Terror Law to the West Bank, including the portions under Palestinian control. The legislation provides that any person who conducts any transaction with assets, including money, in order to facilitate, further, fund, or reward an individual for committing an act of terror, commits an offense punishable by up to ten years in prison, along with a significant fine.

---

[55] For instance, following the October 7 terror attacks, the PA was so eager to begin rewarding newly arrested terrorists—the number of eligible Palestinian security prisoners having increased by over 60%—it announced in February 2024 that it would be bypassing its own regulations through April 2024 to allow for the prisoner's salary to commence without documentation from the Red Cross, which was previously a prerequisite to receiving payments.

165. The month before the law went into effect, Israeli non-governmental organization Palestinian Media Watch ("PMW") sent a letter to various bank officials throughout the West Bank warning them of the law's contents and its potential impact on the bank's operations:

> If your bank has any accounts if imprisoned terrorists—whether in the names of terrorists themselves or whether in the names of proxies appointed by the terrorists—you must order the immediate freeze of those accounts and the transfer of their contents to the IDF Military Commander of Judea and Samaria.
>
> We would further note, that since these payments are a reward for acts of terror, if the bank continues to be a partner in the crime and with the prohibited policy of the Palestinian Authority, the bank is likely to be considered as a body that gave material support to terror, with all of the implications of such, including civil suits to compensate the victims of acts of terror.

166. In order to avoid incurring both criminal and civil liability for disbursing Pay for Slay payments, Palestinian banks operating in the West Bank closed 35,000 bank accounts belonging to prisoners, the injured, and "martyrs'" families.

167. In response to Israel's effective shutdown of the Palestinian banks' role in processing Pay for Slay transactions, in April 2021, Defendant PA installed ATMs in Palestinian post offices for the sole purpose of disbursing payments to the imprisoned terrorists, the injured, and martyrs' families. Post office ATMs operated by the PA throughout the West Bank are designated for the purpose of exclusively paying terrorists:

> Our people, families of the Martyrs and injured in the West Bank. . . on the subject of the payment of allowances for the families of Martyrs and injured. . .We call on the recipients of the funds to withdraw the large amounts that have accumulated for them at the post office, including the current allowance. . .*As we have emphasized before, the post office is not a regular bank like other banks and cannot hold funds, but is only a means of transferring allowances, and the funds cannot be held for a long period in the accounts of the recipients*. . .We wish mercy for the souls of the martyrs, recovery for the wounded, and freedom for the prisoners.

168.    Reports of the new arrangement spread through Arab media:

- "The Commission of Prisoners' Affairs said in a statement it issued today, Monday, that the salaries of the prisoners and released prisoners will be paid tomorrow, Tuesday, through the Palestinian post office branches in all districts of the West Bank, and through the commission's departments in the Gaza Strip." *Ma'an*, independent Palestinian news agency, April 5, 2021.

- "Today, Tuesday, the PA began to pay the salaries of the prisoners in the Israeli occupation's prison, the released prisoners, the wounded, and the Martyrs' relatives through the Palestinian post office branches. This was after approximately 35,000 of their accounts were closed at the banks operating in the Palestinian territories following an Israeli military order." *Al-Araby Al-Jadeed*, UK Arab news website, April 6, 2021.

- "The decision to pay the prisoners' salaries through the post office branches was made following a meeting held between the [PA] Ministry of Finance, the [PA] Ministry of Communications and IT, and the Palestinian [PA] Monetary Authority. This was after the banks refused to accept the salary sheets of the prisoners and released prisoners due to the Israeli threats to harm and sue them." *Ma'an*, independent Palestinian news agency, April 5, 2021.

169.    Therefore, since 2021, payments to prisoners, martyrs, and their families have been disbursed by the PA and through PA-controlled post offices, which operate as "authorized payment centers." Put another way, in order to ***aid and abet*** the commission of terrorist acts against Israelis, Jews, and foreigners visiting Israel, Defendants reformed their payment systems to sidestep Israeli efforts to curb Defendants' "Pay for Slay" practices.

### v.    Defendants Do Not Determine Payments Based on Terrorists' Particular FTO Affiliation

170.    Defendants do not discriminate in payments to Palestinian terrorists. Defendants do not require, or even inquire into, specific party, political, or group affiliation as prerequisites for eligibility for Pay for Slay payouts. Rather, any Palestinian terrorist who wounds and/or murders Israelis, Jews, and Americans, is eligible for compensation.

171.    In fact, Article 6 of the Amended Palestinian Prisoners Law No. 19 (2004),

46

expressly provided that the PA would provide the monthly "salary" to terrorists "without discrimination" as to party or group affiliation.

172.     To that end, in January 2024, Defendant PA announced payments for 3,550 terrorists, including 661 Hamas terrorists in Gaza who participated in the October 7, 2023 attack.[56]

173.     The fact that Defendants and Hamas are rivals with respect to Palestinian internal politics is irrelevant for purposes of whether a Hamas affiliate or member—or a member of any other Palestinian FTO—is eligible for or receives Pay for Slay payouts.

### vi.     Despite Their Statements to the Contrary, Defendants Continue Pay for Slay

174.     As international pressure, particularly from donors, mounted against Defendants to halt Pay for Slay, Defendants announced in February 2025 that they would be ending the program and cancelling the laws, orders, regulations, and programs governing Pay for Slay.

175.     Upon information and belief, the Pay for Slay system remains active at all times relevant for the purposes of this Complaint.

176.     As a threshold matter, Abbas's announcement concerning the end of Pay for Slay was immediately contradicted by Mahmoud Abbas himself. In February 2025, Abbas assured the Palestinian public (in Arabic) that his proposal was not sincere: "I told you once, and I stand by my word: Even if we have [only] one penny left, it is for the prisoners and martyrs. . . They must receive everything, *as it was in the past*, and they are more precious than all of us!" (Emphasis added).[57]

---

[56] Sveta Listratov, *661 terrorists tied to Oct. 7 to get PA 'pay for slay' financial stipends*, JNS (Jan. 12, 2024), https://www.jns.org/661-terrorists-tied-to-oct-7-to-get-pa-pay-for-slay-stipends/.
[57] https://jewishinsider.com/2025/02/pas-abbas-payments-to-terrorists-will-continue-even-if-we-have-one-cent-left/; *See also*, public agency reports demonstrating Pay for Slay has continued in 2026: https://www.fdd.org/analysis/2026/05/01/palestinian-authority-double-speak-on-payments-to-terrorists-places-french-and-eu-aid-under-the-spotlight/.

177.    To that point, Abbas instructed a PA economic entity, the Palestinian National Economic Empowerment Institution ("PNEEI"), to oversee payments to prisoners and martyrs' families, as part of all PA social welfare payments. PNEEI is managed by a board of trustees appointed by Abbas. Ten of the 11 board members of PNEEI are employed in senior government positions within the PA, including one minister and 6 undersecretaries. Of course, the PNEEI ultimately answers to Abbas, as the head of Defendants PA and PLO.

178.    In May 2025, the Director of the Commission of Prisoners' Affairs confirmed that the Commission had sent the list of eligible prisoners to the Ministry of Finance for the purposes of disbursing salaries "as regularly happens every month," though the list contained fewer names than months prior.[58] Pay for Slay was active at the time of the Attack in this case and remains active, with Abbas promising to keep it in place forever at all costs.  (*See* Note 56 herein).

179.    Furthermore, as reported in Palestinian media, as of August 2025, Pay for Slay payments were still being disbursed to Palestinian security prisoners and martyrs. Below are excerpts from Palestinian news media reporting on the payments and the way in which they were disbursed.[59]

- Transfers of salaries for prisoners and families of Martyrs and the wounded via the ATMs of the Palestinian Postal Bank—today, Sunday 3/8/2025. Radio Al-Zaytouna 91.6, Salfit, Telegram channel, Aug. 3, 2025.
- Please note: Salaries for the wounded, prisoners, and Martyrs can be withdrawn from the Palestinian Postal Bank. Free Jenin, Telegram channel, Aug. 5, 2025.
- Please note: Salaries for the wounded, prisoners, and Martyrs can be withdrawn from the Palestinian Postal Bank. Green Jenin, Telegram channel, Hamas-associated channel, Aug. 5, 2025.

---

[58] *Updates on the Palestinian Authority's New Procedures to Pay Terrorists*, PALESTINIAN MEDIA WATCH (May 2025), https://palwatch.org/page/37153.

[59] Itamar Marcus, *Palestinian Authority Continues to Pay Salaries to Terrorists*, PALESTINIAN MEDIA WATCH (Sept. 2, 2025), https://palwatch.org/page/41458.

180. Had any payments under Pay for Slay been halted following Abbas's January 2025 announcement, Palestinian media would have covered the reduction in such payments, as is customary. For instance, when the Commission received a smaller list of eligible prisoners than usual from the Ministry of Finance in May 2025, *it was immediately reported.*

181. Moreover, Defendants continue to prioritize making Pay for Slay payments, even if delayed, and even if doing so requires salary cuts to PA government employees. In fact, due to a serious financial crisis, PA Government employees have been receiving only partial salaries since 2019. According to financial reports from 2023, the PA cut the salaries of its nearly 145,000 employees by 30% to 50% due to budget deficits. And even those partial salaries were disbursed two months late.

182. Yet, Defendants have continued to recognize thousands of new prisoners as a result of their participation in the October 7 terror attacks and the ensuing confrontations, who under PA law are all eligible for payment.[60] As described above, Hamas-affiliates are eligible for Pay for Slay payments because Defendants do not discriminate based on a terrorist's affiliation.

183. The PNEEI announced it would begin processing the payment of salaries and stipends through the PA's Social Protection and Care Program at "authorized payment centers," on or around September 11, 2025. However, recent reporting reveals that PA post offices continue to be the "authorized payment centers," which are exclusively used for disbursing payments under the Pay for Slay system and have not changed under the PNEEI's administration of payments to terrorists.

---

[60] Neomi Neumann, *West Bank Economics Are Key to Stabilizing the Palestinian Authority—or Forcing Its Collapse*, WASH. INST. FOR NEAR E. POL. (May 31, 2024), https://www.washingtoninstitute.org/policy-analysis/west-bank-economics-are-key-stabilizing-palestinian-authority-or-forcing-its.

184.    Still, even if the establishment of PNEEI were to mean a winding down of Pay for Slay, at all times relevant to this Complaint, the Pay for Slay system was active, and Palestinian prisoners, as well as "martyr" families, were continuing to receive payment.[61]

185.    In confirmation of Pay for Slay continuing to operate, on or about January 28, 2026, Defendant PLO's Commission of Prisoners' Affairs notified terrorists released in a late 2025 deal between Israel and Hamas in which Palestinian terrorists were exchanged for Israeli hostages being held in Gaza, that the terrorists must enroll in the Pay for Slay program in order to begin receiving payments.[62] The commission's notice also provided details on how to set up direct deposit for payment.[63]

186.    Indeed, Defendants have made clear that they have no intention of ever canceling the Pay for Slay program, including the payment scheme in the PA Draft Constitution to ensure compensation for so-called "martyrs" and their families for acts of terrorism.

187.    For all of 2025, Defendant PA paid approximately half a billion shekels to terrorists for their acts of terror, including those imprisoned and the families of those terrorists killed during the commission of their attacks.[64] Moreover, terrorists released as part of the October 7 hostage deal received an extra "special grant" from the PA.

---

[61] In October 2025, Defendant PA announced that the forms for the new "social service" payment system must be submitted by November 10, 2025, confirming yet again that even through November, the Pay for Slay system remains in place.

[62] Ephraim D. Tepler & Itamar Marcus, *Palestinian Authority Notifies Terrorists to Register to Receive Pay-for-Slay*, PALESTINIAN MEDIA WATCH (Feb. 11, 2026), https://palwatch.org/page/41906.

[63] Defendant PA in February 2026 paid some 8,000 terrorist prisoner pensioners Pay for Slay "pension" payments, starting at 4,000 shekels for a terrorist who has spent at least 5 years in prison. Ahron Shapiro, *Breaking: Palestinian Authority Pays 8,000 Terrorist "Pensioners" Pay for Slay Salaries*, PALESTINIAN MEDIA WATCH (Feb. 17, 2026), https://palwatch.org/page/41926.

[64] Amichai Stein, *PA Paid Half a Billion Shekels to Terrorists in Pay-for-Slay Scheme, Sources Reveal-Exclusive*, JPOST (Feb, 25, 2026), https://www.jpost.com/israel-news/article-888003?utm_source=jpost.app.apple&utm_medium=share.

188.    At all relevant times, as Chairman of the PLO and President of the PA, Abbas oversaw the payments at issue here, whether they were disbursed by the PA, the PLO, or another entity.

### D. *Defendants Encouraged and Rewarded the Terrorist Murder and Injuries in this Case.*

189.    For years, Defendants have consistently encouraged and/or incentivized the Palestinian population to engage in acts of terror against Israelis and anyone possibly visiting the country, using various euphemisms, such as "resistance," "armed resistance," "popular resistance," "popular uprising," "peaceful uprising," "peaceful resistance," "intifada," "Day[s] of Rage," and "violent confrontation," especially when it was deemed politically advantageous.

190.    In 2015, for example, Palestinians undertook what became known as the "knife intifada" or "stabbing intifada" or "Jerusalem intifada"—murdering Israeli civilians primarily through stabbing attacks. After Palestinian terrorists had already murdered 14 Israelis and wounded 167 in 65 stabbings and eight shootings, PA President Mahmoud Abbas announced on official PA TV: "We said to everyone that we want peaceful popular uprising, and that's what this is. That's what this is." Official PA TV, Nov. 16, 2015. As Defendant PA informs its own people, murdering innocent civilians can be a "peaceful, popular uprising."

191.    Hundreds of U.S. citizens have been killed or injured in terror attacks in Israel. *Linde v. Arab Bank, PLC*, 882 F.3d 314, 317 (2d Cir. 2018).

192.    Hundreds of Palestinian terrorists have been or are imprisoned in Israel for killing or injuring a U.S. citizen. All are eligible for payment under Pay for Slay.

193.    Dozens of Palestinian terrorists have died while committing terror attacks that killed or injured a U.S. citizen. All are eligible for payment under Pay for Slay.

194.    At all relevant times, Defendants encouraged and incentivized terrorism through

their Pay for Slay system, which regularly provides imprisoned terrorists and dead terrorists' families with generous sums of money and numerous benefits as a result of their commission of terrorist acts.

### i.        Defendants Glorify the Extermination of the Jewish People

195.    What sustains Defendants' Pay for Slay system is their glorification of killing Jews, which has become central to Palestinian society.[65]

196.    Defendant PA publicly denies thousands of years of Jewish history in the Land of Israel, falsely alleging that Jews did not live there and would never have thought to settle there until Western colonialist forces "planted" them in "Palestine."[66]

197.    In that vein, Defendant PA espouses that the entirety of Israel is on holy waqf land and that, under Islam, every Muslim has a personal religious responsibility to seek the liberation of the entire Islamic land of "Palestine," otherwise known as Israel.[67]

198.    Through its public programming, schooling, and governance, including Pay for Slay, the PA teaches Palestinians that achieving the status of "martyr" is the highest religious level that a Muslim can achieve, for it means that Allah personally chose that individual to die for him.[68]

199.    Defendants' state-run media dutifully disseminates their message of incitement, where PA leadership regularly appears to glorify martyrs and to declare the importance of martyrdom.

200.    Religious figures appearing on official PA TV have prayed for the extermination of Jews at least seven times in the last year. They prayed that Allah should count the Jews one by

---

[65] *See generally* Itamar Marcus, *Report: Roadmap for Palestinian Authority Reform – 10 Essential and Quantifiable Steps*, PALESTINIAN MEDIA WATCH (Sept. 28, 2025), https://palwatch.org/page/41546#roadmap.
[66] *Id*. at 6.
[67] *Id*.
[68] *Id*. at 12.

one, "kill them one by one, don't leave even one."[69]

201.    Official PA TV features a variety of programs promoting hate and terror. For instance, a weekly program named "Giants of Endurance" honors Palestinian terrorists by featuring interviews with the family members of imprisoned and released terrorists. In addition, the PA broadcasts anniversary programs each year to celebrate the most horrific terror attacks, among them the Munich Olympics massacre, the Coastal Road massacre, and other terror attacks that led to the murder of hundreds of innocent Israeli civilians.[70]

202.    The PA has named schools, monuments, squares, streets, summer camps, sports facilities, children's events, courses, and countless other institutions in honor of Palestinian terrorists.  The PA has named at least 31 schools alone after terrorist murderers.[71]

203.    In that vein, Fatah's educational magazine for children, *Waed*, contains countless messages promoting the destruction of Israel:[72]

- "[Israel] the evil occupation state. . .this artificial state. . .It is artificial because it is foreign. . ."
- "Read history well: There is no Israel."
- "The liberation of Palestine will only be achieved through armed struggle."
- "The Zionist invaders will go to the garbage can of history."
- "Palestine will be liberated and purified from the occupation's (i.e., Israel's) defilement."
- "Palestine is destined for full liberation (i.e., all of Israel. . . from the yoke of Zionist colonialism."
- "At the end of the period of French colonialism. . .they all fled to France . . . Algeria's experience assures that the Jewish settlers in Palestine will disappear in the end."

---

[69] *Id*. at 4.
[70] *Id*. at 10.
[71] *Id*. at 14.
[72] *Id*. at 9.

204.    Unsurprisingly, Palestinian children have absorbed this message of violence. Following the October 7 terror attacks, Palestinian schools held assemblies to celebrate the terror atrocities, and children's speeches expressing euphoria were posted on the school's social media. For example:[73]

> • PA schoolgirl: "That day went down in history. . .We woke up to the sounds of laughter. There are those among us who thought he was dreaming, but it is a beautiful dream that he never wants to wake up from. . .On Saturday [October 7], the people who resist returned to their land. . .It was impossible to express the emotions in our hearts, and we never imagined such pride in our people on our faces. The sense of honor that we felt is indescribable."

> • PA Schoolgirl: "Welcome, October, you are the month of blood" "October, month of blood, you have arrived, welcome. October, do not leave easily. October, teach them a lesson to be delivered by teachers of revenge; justice has witnesses. We came to you (i.e., Israel) in multitudes, Open your door, we are death. We will let you taste eternity in fire [of hell]."

> • Girl reading text celebrating the October 7 terror attacks at a school assembly "Good morning, Gaza, a morning of victory, Gaza, a morning of glory and fame, a morning of heroic martyrs, a morning of child martyrs. Good morning, oh people of the Resistance (Hamas), as you play the anthem of victory with bullets and rifles. Good morning, O you who stand guard like lions in tunnels and trenches, Good morning, O men of heroism, O men of power."

205.    This message has been echoed by Defendants' leader. Abbas, leader of both Defendants, has justified the Holocaust numerous times as a function of Jewish "social behavior, [charging] interest, and financial matters."[74] His portrayal of the Holocaust represents nothing novel—Abbas himself published a book accusing the Zionist movement of being "fundamental collaborators" with Nazism and responsible for the Holocaust. In other words, in the mind of Abbas, Jews were responsible for the Holocaust.[75]

---

[73] *Id*. at 15–16.

[74] Letter dated 2 May 2018 from the Permanent Representative of Israel to the United Nations addressed to the President of the Security Council, U.N. Security Council, S/2018/413 (May 10, 2018), https://docs.un.org/en/S/2018/413.

[75] Edy Cohen, *How Holocaust Denial Shaped Mahmoud Abbas' Worldview*, THE TOWER (May

### ii.    Defendants Elevate Their Drumbeat to Encourage Terrorism in the Weeks Leading to The Attack in this Case

206.    In the months leading to the July 2016 murder of Rabbi Mark and brutal attack on his wife and children during the Attack at issue in this case, Defendants escalated their hateful incitement to terror.

207.    In September 2015, Abbas, leader of both Defendants, encouraged Palestinians to carry out acts of violence against their neighboring Jews, perpetuating the conspiracy theory that the Israeli Government would soon be denying Muslims access to Al-Aqsa Mosque (otherwise known as the Temple Mount in Judaism, but Jews are not permitted to pray there):

> We bless you, we bless the Murabitin (i.e., those carrying out Ribat, religious conflict/war to protect land claimed to be Islamic), we bless every drop of blood that has been spilled for Jerusalem, which is clean and pure blood, blood spilled for Allah, Allah willing. Every Martyr (Shahid) will reach Paradise, and everyone wounded will be rewarded by Allah. The Al-Aqsa Mosque is ours, the Church of the Holy Sepulchre is ours, and they have no right to defile them with their filthy feet. We will not allow them to, and we will do everything in our power to protect Jerusalem.

208.    Abbas's comments are regarded as driving force behind the resurgence of Palestinian terror attacks that began in October 2015 and lasted throughout 2016, which are known as the "knife intifada," the "stabbing intifada," or the "Jerusalem intifada."

209.    Indeed, throughout this time period, leaders within the PLO, PA, and Fatah continued to call for violence, issue statements glorifying terrorists, share cartoons and poetry glorifying terrorism, and stress the importance of armed struggle. Below is a mere *sampling* of the incitement that occurred throughout the latter months of 2015 and through 2016 (emphasis added

---

2016),    http://www.thetower.org/article/how-holocaust-denial-shaped-mahmoud-abbas-worldview/.

in all quotes):

- On or around September 14, 2015, Rafaat Alayan, Fatah Spokesperson in Jerusalem, called on "all Palestinian bodies and national and Islamic factions in all regions of the homeland to enlist and go to the areas of conflict in order to explode in front of the occupier and its assistants because of its repeated actions and attacks against the Al-Aqsa [Mosque]."[76]

- On or around September 14, 2015, Fatah Central Committee member and Mahmoud Abbas advisor Sultan Abu Al-Einein warned of the Israeli enemy's attack against the Al-Aqsa Mosque and Jerusalem, asserting that the Israeli enemy aims to destroy about half of the Al-Aqsa Mosque after it completely takes it over. He then called upon on the Arab and Islamic nations to intervene immediately on all levels in order to restrain Israel and defend the Al-Aqsa Mosque from what the Jewish extremists are plotting against it.[77]

- On or around September 17, 2015, Abbas announced, "***Every drop of blood spilled in Jerusalem is pure, every shahid [martyr] will reach paradise, and everyone wounded will be rewarded, Allah willing***."[78]

- On or around September 21, 2015, Secretary-General of the General Union of Palestinian Teachers Ahmed Sahwil declared, "We will redeem Al-Aqsa with our souls. . . and sacrifice our soul and blood."[79]

- On or around October 1, 2015, Fatah Central Committee Member Azzam Al-Ahmad justified the murder of Israeli Naama Henkin and Israeli-American Eitam Henkin as a "natural response to the herds of settlers' crimes." Eitam and his wife Naama were murdered on the road between Itamar and Elon Moreh in front of their four children, all nine years

---

[76] Itamar Marcus & Nan Jacques Zilberdik, *Palestinian Authority and Fatah Officials Behind Jerusalem Terror*, PALESTINIAN MEDIA WATCH (Sept. 20, 2015), https://palwatch.org/page/8648.
[77] *Id*.
[78] *Abbas: "Every Drop of Blood That Has Been Spilled in Jerusalem Is Holy Blood as Long as It Was for Allah" "The Al-Aqsa [Mosque] Is Ours, and They Have no Right to Defile It With Their Filthy Feet*," PALESTINIAN MEDIA WATCH (Sept. 17, 2015), https://palwatch.org/page/8632 (originally appeared in *Al-Hayat Al-Jadida,* official PA daily).
[79] *Palestinian Authority Teachers' Union Calls for Palestinian Martyrdom: "We Will Redeem Al-Aqsa with Our Souls… and Sacrifice Our Soul and Blood,"* PALESTINIAN MEDIA WATCH (Sept. 21, 2015), https://palwatch.org/page/8657 (originally appeared in Official Palestinian Authority TV).

of age and under.[80]

- On or around October 1, 2015, Fatah Central Committee member Mahmoud Al-Aloul posted a video on his Facebook page showing fighters from the Al-Aqsa Martyrs' Brigades holding weapons. The chorus of the song encourages dying for Al-Aqsa Mosque, with lines such as "my blood will be shed for Al-Aqsa."[81]

- On or around October 7, 2015, Fatah Central Committee Member Jamal Muhaisen stated, "*The settlers' presence is illegal, and therefore every measure taken against them is legitimate and legal*."[82]

- Abbas invented acts of aggression by the Israeli Government to further his agenda of incitement, as well. On or around October 12, 2015, Palestinian Hassan Manasra, 15, and his cousin Ahmed Manasra, 13, stabbed a 13-year-old boy and 25-year-old man in the northern Jerusalem neighborhood of Pisgat Zeev, seriously wounding both. Abbas then (falsely) claimed that Israel had "executed" the two Palestinian teenage terrorists "in cold blood." In reality, Hassan Manasra was killed after charging at police with a gun, while Ahmed Manasra was hit by a car while fleeing police. Ahmed survived. As Prime Minister Benjamin Netanyahu stated shortly after Abbas's comments, "As Israel maintains the status quo at the Temple Mount, *Abbas in his words of incitement is making cynical use of religion and thus bringing about more acts of terror*."

- On or around October 14, 2015, PA state media reports that senior PA advisor and Fatah Central Committee member Sultan Abu Al-Einein "*supports, with all his might, the uprising and intifada… aimed at defending the Al-Aqsa Mosque*" from "defilement" and "Judaization."

- On or around October 17, 2015, Deputy Secretary of the Fatah Central Committee and Head of the Supreme Council for Sport and Youth Affairs, Jibril Rajoub stated the following on PA state television (the Fatah Central

---

[80] *Only Days After 4 Israelis Murdered, Abbas Calls "Uprising" "Peaceful", Inflames Palestinians, Says Israel Desecrates Al-Aqsa Mosque*, PALESTINIAN MEDIA WATCH (Oct. 12, 2015), https://palwatch.org/page/8819 (originally appeared in Al-Hayat Al-Jadida, official PA daily).

[81] *Fatah Official Posts Song Encouraging Dying for the Al-Aqsa Mosque, with Visuals of Fatah Fighters*, PALESTINIAN MEDIA WATCH (Oct. 1, 2015), https://palwatch.org/page/8690.

[82] Itamar Marcus & Nan Jacques Zilberdik, *Fatah Officials: Killing "Settlers" is Legal and "National Duty,"* PALESTINIAN MEDIA WATCH (Ot. 8, 2015), https://palwatch.org/page/8750.

Committee is *the* governing body of Fatah, the primary branch of the PLO):

> ***These [terror attacks] are individual acts of bravery, and I am proud of them. I congratulate everyone who carried them out. I say to you, we are proud of you****...* Whoever confronts, fights, dies as a Martyr, is arrested or injured – his identity is known. What I mean is that the fighter, the prisoner, or the Martyr, they are assets to the entire Palestinian people. We do not want to begin with statistics [regarding those who fight Israel] as to who is Fatah and who is not. This is not Fatah's concern. The Fatah movement is leading the Palestinian people to independence.[83]

- On or around October 19, 2015, Secretary-General of the National Initiative movement and PA Member of Parliament Mustafa Barghouti emphasized that what is happening in the Palestinian Territories is "intifada" and that it is a "new excellent situation." ***He then called for the intifada to continue***.[84]

- On or around October 22, 2015, Fatah Spokesperson in Jerusalem Raafat Alayan stated that the ***Fatah supports the current "mass insurgency" in the West Bank and Jerusalem***. He then asserted that Abbas' speech regarding the Temple Mount was an "inseparable part" of the "resistance."[85]

- On or around November 4, 2015, Secretary-General of the Palestine Liberation Front and PLO Executive Committee member Wasel Abu Yusuf emphasized the importance of preparing the "appropriate institutions" for the continued escalation of the "strong popular uprising" and of

---

[83] *Palestinian Authority Official on Palestinian Terror Attacks: They Are "Acts of Bravery, I Am Proud of Them,"* PALESTINIAN MEDIA WATCH (Oct. 17, 2015), https://palwatch.org/page/8873 (originally appeared on Official Palestinian Authority TV).

[84] *Palestinian Authority MP Supports Palestinian Wave of Violence, Calls It Third Intifada, and Calls for It to Continue*, PALESTINIAN MEDIA WATCH (Oct. 19, 2015), https://palwatch.org/page/8902 (originally appeared in Donia Al-Watan, independent Palestinian news agency).

[85] *Fatah Supports "the Current Palestinian Mass Insurgency" and "Did Not Throw Down Its Weapons,"* PALESTINIAN MEDIA WATCH (Oct. 22, 2015), https://palwatch.org/page/8931 (originally appeared in *Donia Al-Watan*, independent Palestinian news agency).

consolidating the national efforts in order to continue it.[86]

- On or around November 10, 2015, "The [Palestinian] National Council (i.e., the legislative body of the PLO) emphasized, on the 11th anniversary of leader and symbol Yasser Arafat's death as a Martyr (Shahid), the need to support our people's struggle and popular insurgency which continues and escalates in the face of the occupation's aggression, terror and brutality. . .The PLO saluted our heroic people for its legendary resolve on its land, as it defends its holy places, its Al-Aqsa Mosque, and its right to free itself from the yoke of occupation."[87]

- On or around December 9, 2015, the official PA state newspaper glorified the "stabbing intifada" in the following fashion:

  > ***The 'Knife Revolution' or 'Knife Intifada' which broke out over two months ago in order to protect the blessed Al-Aqsa Mosque, has witnessed heroic activity and revolutionary escalation by the young people, boys, and girls of Palestine, filled with love for their homeland.*** This Palestinian uprising broke out due to the desecration of the sanctity of the Al-Aqsa Mosque and holy sites by the settlers, and this Palestinian rebellion against the Israeli tyranny and occupation has spread to all of Palestine…[88]

- On or around December 11, 2015, a Fatah official appeared on official PA state TV to declare martyrs to be "giants and leaders," and that the most recent one should have "an institution named after him."[89]

---

[86] *PLO Official: We Must Continue to Escalate the "Strong Popular Uprising" (i.e., Terror Attacks Against Israelis)*, PALESTINIAN MEDIA WATCH (Nov. 4, 2015), https://palwatch.org/page/9062 (originally appeared in *Ma'an*, independent Palestinian news agency).

[87] *PLO National Council Emphasizes Its Support for the "Popular Insurgency" to Defend Al-Aqsa Mosque*, PALESTINIAN MEDIA WATCH (Nov. 10, 2015), https://palwatch.org/page/9113 (originally appeared in *Ma'an*, independent Palestinian news agency).

[88] *Official Palestinian Authority Daily Glorifies Terror Wave: "the Palestinian Blood Has Merged with All Areas of [Israel and PA Areas], as the Palestinian Knife Has an Important Role in the Slaughtering of Those Law Breakers [i.e., Israelis],"* PALESTINIAN MEDIA WATCH (Dec. 9, 2015), http://palwatch.org/page/9327 (originally appeared in Al-Hayat Al-Jadida, official PA daily).

[89] Itamar Marcus & Nan Jacques Zilberdik, *Fatah Official: "Whoever Succeeded in Killing, This Is a Big Thing,"* PALESTINIAN MEDIA WATCH (Dec. 11, 2015), https://palwatch.org/page/9336.

- On or around December 16, 2015, in its weekly meeting in Ramallah, the PA legitimized terror attacks against Israelis, stating that Palestinians have the "legal right" to fight Israel "by every possible means of struggle."[90]

- That same day, the Jerusalem Branch of Fatah announced in a statement the "***continuation of the intifada" in order to "thwart all efforts of the occupation and its Zionist fanatic gang to defile the blessed Al-Aqsa Mosque***."[91]

- On or around December 20, 2015, Fatah Central Committee member Mahmoud Al-Aloul declared in a public interview that "popular resistance"—*i.e.*, terrorism—is the "only choice" Palestinians have.[92]

- On or around December 24, 2015, Fatah Central Committee member Amal Hamad praised female terrorists "beginning with Dalal Mughrabi and ending with all the women of Palestine."

- On or around December 28, 2015, Fatah Revolutionary Council member, Hassan Shtewi appeared on PA official state TV to praise the recent terror attacks as "heroic acts. . . which greatly terrify the occupation" and to encourage Palestinian leadership to support and "take care of" Palestinians who carry them out.[93]

- On or around December 29, 2015, Member of Fatah Central Committee, Abbas Zaki stated on PA official state TV:

> This is a year of challenge. ***We must challenge [the occupation] without fear. . .or by the sacrifices being made now by our young people, with rocks and knives,***

---

[90] *Palestinian Authority Government Legitimizes Terror Attacks: Palestinians Have "Legal Right" to Fight Israel "by Every Possible Means of Struggle,"* PALESTINIAN MEDIA WATCH (Dec. 16, 2015), https://palwatch.org/page/9364 (originally appeared in *Al-Hayat Al-Jadida,* official PA daily).

[91] *Fatah's Jerusalem Branch: We Will Continue the Intifada in Order to "Thwart All Efforts of the Occupation and Its Zionist Fanatic Gang to Defile the Blessed Al-Aqsa Mosque,"* PALESTINIAN MEDIA WATCH (Dec. 16, 2015), https://palwatch.org/page/9365 (originally appeared in Ma'an, independent Palestinian news agency).

[92] *Fatah Official: "Only Choice" Palestinians Have Is "Popular Resistance" (i.e., Terror Wave),* PALESTINIAN MEDIA WATCH (Dec. 20, 2015), https://palwatch.org/page/9379 (originally appeared in *Al-Hayat Al-Jadida*, official PA daily).

[93] *Fatah Official Praises Terror Attacks as "Heroic Acts ... Which Greatly Terrify the Occupation," Encourages Palestinian Leadership to Support and "Take Care of" Palestinians who Carry Them Out,* PALESTINIAN MEDIA WATCH (Dec. 28, 2015), https://palwatch.org/page/9429 (originally appeared on Official Palestinian Authority TV).

*through which Palestinians have once again imposed a new parameter in the equation of the struggle. . .We are now witnessing a phenomenon called peaceful popular resistance.* How? These young people, youth, believed in Allah and Allah loved them and took them to Him, but their funerals are greater than those of the leaders and the sympathy for them is great.[94]

- On or around December 29, 2015, Secretary of the Tulkarem branch of the Fatah movement Muayyad Sha'aban emphasized asserted on PA official state TV that *Fatah was "leading" the "current uprising,"* *i.e.*, the stabbing intifada.[95]

- On or around December 30, 2015, Secretary-General of the Palestinian Liberation Front (PLF) and PLO Executive Committee member Dr. Wasel Abu Yusuf said that (paraphrased from the independent Palestinian newspaper *Amad*) the step "*the Palestinian leadership must take at this time is to embrace the intifada in all its details*."[96]

- On or around January 2, 2016, Deputy Secretary of the Fatah Central Committee Jibril Rajoub—one of the most powerful people in the PA—reported on Fatah's decision to support the continuation of the ongoing terror wave launched in September. The Fatah Central Committee is *the* governing body of Fatah, the primary branch of the PLO:

  Yesterday in Hebron, they escorted 17 Martyrs to burial. This is of course a source of pride for all of us. I say that whoever carried out individual acts of heroism, we in the Fatah movement bless and encourage them. We consider them heroes and a crown on the head of every Palestinian. At this point, when there is

---

[94] *Fatah Leader: Allah Loves Young Palestinians who Stab Israelis. It Is "Peaceful Resistance,"* PALESTINIAN MEDIA WATCH (Dec. 29, 2015), https://palwatch.org/page/9436 (originally appeared on Official Palestinian Authority TV).

[95] *Fatah Secretary of Tulkarem Branch: Fatah Is Leading the Current "Popular Uprising,"* PALESTINIAN MEDIA WATCH (Dec. 29, 2015), https://palwatch.org/page/9441 (originally appeared in *Al-Hayat Al-Jadida*, official PA daily).

[96] *PLO Official: "The Palestinian Leadership Must … Embrace the Intifada in All Its Details,"* PALESTINIAN MEDIA WATCH (Dec. 30, 2015), https://palwatch.org/page/9447 (originally appeared on *Amad*, independent Palestinian news website).

weakening and frustration, there is a group of people, beginning with our brother Muhannad Halabi (i.e., murdered 2) and ending with the last Martyr. . . **There is a competition between individuals. This is one of the issues we need to address – are we for or against it? I say that we in the [Fatah] Central Committee have discussed this matter, and we are in favor.**

- On or around January 11, 2016, Defendant PLO announced approval of a new series of payments to the latest round of martyrs, referring to the "Jerusalem intifada," incited by Abbas, as the "popular uprising":

> The National Association of the Martyrs' Families of Palestine announced yesterday that as of the day before [Jan. 11, 2016] the number of Martyrs of the popular uprising is 153 male and female Martyrs. Secretary-General of the association Muhammad Sbeihat said that. . .the body that approves Martyrs is the institution that takes care of the families of Martyrs and wounded, and it is an official body under the PLO, and not the [PA] Ministry of Health, which carries out its professional task according to the PA's laws and regulations.

> Sbeihat said: 'There are a number of media outlets that are trying to awaken this topic in a negative way, as if the PA is avoiding verifying the number of Martyrs,' and emphasized that this is absolutely not true, this is cheap populism and an unacceptable and false attempt to slander. Secretary-General of the association Sbeihat clarified that the institution to take care of the families of Martyrs and injured approves all the Martyrs of the Palestinian cause, whether they are from within the homeland or from the Diaspora, without any reference to their belonging or political leanings,

and gives them monthly allowances.[97]

- On or around February 1, 2016, the official PA daily newspaper refers to the 166 terrorists killed thus far during the Palestinian terror wave, initiated in October 2015, as "martyrs."[98]

- On or around February 3, 2016, Defendants' leader Abbas met with the families of various terrorists, promising some that he would compensate them for the loss of their homes, which had occurred as a result of their family members' commission of a terror attack.

- That same day, *Fatah posted a tribute on its official Facebook page, referring to the three terrorists who murdered an Israeli policewoman as "role models."* The terrorists attacked the policewoman after they were asked for identification. They were carrying machine guns, knives, and pipe bombs, leading the police to suspect they were planning a mass attack against civilians.[99]

- Fatah continued to glorify and celebrate the three terrorists for several days following the attack on both its official Facebook account and on its official Twitter (now X) account.

- On or around February 6, 2016, Defendants' leader *Abbas held a reception in Ramallah for the families of martyrs from Hebron in order to recognize the heroism of them*. There, Abbas affirmed his commitment to "take care of all of them."[100]

- On or around February 6, 2016, it was reported that PLO official Wasel Abu Yusuf called for an escalation and expansion of the Jerusalem intifada:

> Secretary-General of the Palestinian Liberation Front and PLO Executive Committee member Dr. Wasel Abu Yusuf. . .said in an interview with the media in Ramallah. . .that *the intifada activities against the occupation and its*

---

[97] *PLO Organization Approves List of "Martyrs," Pays Allowances to Families of Terrorists*, PALESTINIAN MEDIA WATCH (Jan. 13, 2016), https://palwatch.org/page/9551 (originally appeared in *Al-Hayat Al-Jadida*, official PA daily).

[98] *Official Palestinian Authority Daily Calls 166 Terrorists Killed During Palestinian Terror Wave Between October 2015 – January 2016 "Martyrs,"* PALESTINIAN MEDIA WATCH (Feb. 1, 2016), https://palwatch.org/page/9656 (originally appeared in *Al-Hayat Al-Jadida,* official PA daily).

[99] *Fatah: Three Murderers of Israeli Policewoman in Jerusalem Terror Attack Are "Role Models,"* PALESTINIAN MEDIA WATCH (Feb. 3, 2016), https://palwatch.org/page/9663.

[100] *Abbas Holds Reception for Martyrs' Families in Hebron as Recognition of Their Heroism, and Reiterates His Commitment to "Take Care of All of Them,"* PALESTINIAN MEDIA WATCH (Feb. 6, 2016), https://palwatch.org/page/9688 (originally appeared on Official PA TV Live).

> *herds of settlers must be escalated and broadened, and to use all our capabilities and means in order to put pressure on the occupation by activating Palestine's embassies abroad*. . .Abu Yusuf saluted the intifada's Martyrs, who have redeemed their land with their pure blood, and emphasized the continuation of the path of struggle, and the advancement toward the strengthening of the national unity on the way to the liberation of Palestine.[101]

- On or around February 7, 2016, Fatah refers to Jerusalem's Damascus Gate, the site of many terror attacks, as "a gate of freedom and honor, and a gate for the Martyrs" on its official Facebook page.[102]

- On or around February 9, 2016, Fatah Central Committee member and Fatah Commissioner for Mobilization and Organization Mahmoud Al-Aloul emphasized Fatah and Abbas' support for the Jerusalem intifada, referred to as the "peaceful popular uprising" by the PA.[103]

- On or around February 13, 2016, Fatah Central Committee member Mahmoud Al-Aloul emphasized that (paraphrased from PA official state newspaper *Al-Hayat Al-Jadida*) **"Fatah was the first to wage a mass confrontation during the current popular uprising on Sept. 29 [2015], and that it has led all the confrontations throughout the homeland, and that most of the Martyrs (Shahids) and injured came from within it."**

---

[101] *PLO Official: "The Intifada Activities Against the Occupation and Its Herds of Settlers Must Be Escalated,"* PALESTINIAN MEDIA WATCH (Feb. 6, 2016), https://palwatch.org/page/9684 (originally appeared on *Amad*, independent Palestinian news website).

[102] *Jerusalem's Damascus Gate, Site of Many Terror Attacks, Is "a Gate of Freedom and Honor, and a Gate for the Martyrs,"* PALESTINIAN MEDIA WATCH (Feb. 7, 2016), https://palwatch.org/page/9696.

[103] *Fatah Official: Abbas and Fatah Support the "Peaceful Popular Uprising" (i.e., Terror Wave),* PALESTINIAN MEDIA WATCH (Feb. 9, 2016), https://palwatch.org/page/9709 (originally appeared in *Donia Al-Watan*, independent Palestinian news agency). To justify murder as legitimate and "peaceful," PA leaders and officials cite U.N. Resolution 3236 which "recognizes the right of the Palestinian people to regain its rights by all means." The PA interprets "all means" as including violence against civilians. However, this distorts the intention of the U.N. The continuation of Resolution 3236, which is never cited by PA leaders, states that the use of "all means" should be "in accordance with the purposes and principles of the Charter of the United Nations." The U.N. Charter prohibits targeting civilians, even in war. Chapter 1, Article 1, opens by saying that "international disputes" should be resolved "by peaceful means."

- On or around February 17, 2016, PA National Security Forces posted on its official Facebook page a photograph of Abbas, declaring "[W]e welcome martyrdom."

- That same day, Fatah posted on its official Facebook page the following message:

  > Call out to the weapon philosophers over and over, long live the men of Fatah, the storm of fighting.
  >
  > *Stand on the Martyr's grave and let out cries of joy, and recite verses of struggle for him.*
  >
  > *Fatah does not forget its people's blood, and tomorrow the mountains' giants will avenge my blood.*

- On or around February 18, 2016, Fatah, at its parliamentary faction meeting, expressed pride in the "popular uprising" being waged against Israel.[104]

- On or around February 22, 2016, Secretary of Fatah's Jenin branch Jamal Jaradat "*emphasized that that the peaceful popular uprising must be escalated against the crimes and terror of the Israeli occupation and its settlers,*" as paraphrased in *Donia Al-Watan*, an independent Palestinian news agency.[105]

- On or around March 1, 2016, *Fatah Central Committee member Amal Hamad expressed that he was proud that Fatah was "still leading the popular uprising… 80% of martyrs are Fatah people*."[106]

### iii. Defendants Have Continued Unrelentingly to Incentivize, Aid and Abet, and Reward Terrorism and Specifically Violent, Murderous Terrorist Attacks and Must be Deterred and Punished.

210. Despite the implementation of the Taylor Force Act, Defendants continue to fund,

reward, and glorify terrorism against American and Israeli citizens. Since the passage and

---

[104] *Fatah Expresses Pride in the "Peaceful Popular Uprising" (i.e., Terror Wave)*, PALESTINIAN MEDIA WATCH (Feb. 18, 2016), https://palwatch.org/page/9763 (originally appeared in *Donia Al-Watan*, independent Palestinian news agency).

[105] *Fatah Spokesperson on Meeting Led by Abbas: "The Fatah Central Committee Praised the … Popular Peaceful Resistance" (i.e., Terror Wave)*, PALESTINIAN MEDIA WATCH (Mar. 1, 2016), https://palwatch.org/page/9813 (originally appeared in *Al-Hayat Al-Jadida*, official PA daily).

[106] *Fatah Official Proud that Fatah Is "Still Leading the Popular Uprising … 80% of Martyrs Are Fatah People,"* PALESTINIAN MEDIA WATCH (Mar. 1, 2016), https://palwatch.org/page/9812 (originally appeared on Official PA TV).

implementation of the TFA, Defendants have spent an estimated $1 billion in terrorist rewards to either imprisoned terrorists or the martyrs' families.[107]

211.    The phenomenon of incitement to terror summarized above repeats itself in Palestinian society, thanks to Defendants' monomaniacal focus on destroying Israel.

212.    The months prior to a May 2025 terror attack in which American national Hananel Gez was injured and his wife and son murdered by Palestinian terrorists incentivized by Defendants' Pay for Slay, policy and aided and abetted by Defendants, reflect a grotesque celebration of martyrdom by Defendants. Examples of the continuing rhetoric by Defendants' officials and representatives in recent times follow:

- On February 3, 2025, Defendant PA announced *another* benefit for imprisoned terrorists. PA Ministry of Interior Spokesman Muhammad Tamimi stated, "In accordance with His Honor [PA] President [Abbas'] decision to exempt prisoners (i.e., terrorists) from fees, we have printed passports for the prisoners who were released and expelled to Egypt."

- On March 8, 2025, Defendant PA chose International Women's Day to specifically glorify mass murderer Dalal Mughrabi, the woman who led the Coastal Road Massacre, which was the most lethal attack in Israel's history prior to October 7, 2023. Mughrabi, along with other Fatah terrorists, hijacked a bus, murdered 37 people, 12 of which were children, and wounded 70.

- On March 11, 2025, Senior Fatah leader Abbas Zaki sang the praises of the mothers who publicly celebrate their sons' deaths. He also lauded the mothers who even give their sons the stones to throw at Israelis with the full knowledge that their children will die. Sending her son to his death, however, is not in vain, according to Zaki: "She begins to feel that she has gained respect and high status in society when her son dies as a Martyr."[108]

---

[107] Lt.-Col. (res.) Maurice Hirsch, *How Will We Know the PA Has Ended the 'Pay-for-Slay' Policy?,* JERUSALEM CENTER FOR SECURITY AND FOREIGN AFFAIRS (May 28, 2025), https://jcpa.org/how-will-we-know-the-pa-has-ended-the-pay-for-slay-policy/.

[108] Ephraim D. Tepler and Itamar Marcus, *Palestinian Authority leader: A woman gains "respect and high status in society when her son dies as a Martyr,"* PALESTINIAN MEDIA WATCH (Mar. 11, 2025), https://palwatch.org/page/37017.

- On April 16, 2025, Fatah Nablus Branch Secretary Muhammad Hamdan announced on Facebook, "We will always and forever stand by the national, material, and moral rights of the prisoners [*i.e.*, terrorists]. This is what His Honor [PA] President [Abbas] said at the UN podium, and this is what we say today on behalf of all of you. We will stand with these heroes and with their wives, their mothers, and their relatives, and we will not retreat."

- On April 23, 2025, Defendant PA President Abbas reaffirmed that violence was the path forward to "liberat[ion]": "Ever since the Fatah Movement started it has had two slogans. The armed struggle is the path to liberate Palestine, and [we] shouldn't interfere in the affairs of the Arab [states], and the Arab [states] shouldn't interfere in our affairs. This has been the case from day one, and we are in favor of it."

213.    Also in 2025, PA religious figures appeared on official PA TV repeatedly praying for the extermination of Jews "one by one." Significantly, in publicizing the prayers to kill Jews "one by one," Defendant PA sent the message to Palestinians that even shooting at a lone car and killing only one Jew has value.

- PA Shari'ah Judge Abdallah Harb: "Allah, strike the aggressive Jews... count them and kill them one by one, and do not leave even one."  [Official PA TV Live, July 5, 2024]

- Preacher on Official PA TV: "O Allah, strike the thieving Jews, O Master of the Universe. Allah, count them and kill them one by one, and do not leave even one." [Official PA TV, Aug. 9, 2024]

- PA Supreme Shari'ah Court Director Alaa Dweikat: "Strike the aggressive Zionists. O Allah, kill them one by one and count them one by one, and do not leave [even] one.:" [Official PA TV, Oct. 25, 2024]

- Official PA TV Preacher: "Allah, strike the Jews. . .kill them one by one, and do not leave even one." [Official PA TV, Jan 10, 2025]

- PA Shari'ah Judge Abdallah Harb:  "[Muslims] part of your faith is threatened, and it is occupied and defiled [by Israel]. . .Allah, count them one by one, kill them one by one, and do not leave even one." [Official PA TV, Jan 24, 2025]

214.    In May 2025 alone, there were 426 terror attacks against Israelis recorded,

67

including three shooting attacks, 20 pipe bomb attacks, 297 stone-throwing incidents, 42 fire bomb attacks, 60 arson/tire burning incidents, one car-ramming attack, and one stabbing attack.[109]

215.    The following month, 370 terror attacks were recorded against Israelis, including 36 pipe bomb attacks, 280 stone-throwing incidents, 34 firebomb attacks, 17 arson/tire burning incidents, one IED incident, one stabbing attack, and one car-ramming attack.[110]

216.    In July 2025, 424 terror attacks were recorded against Israelis, including 25 pipe bomb attacks, 310 stone-throwing incidents, 47 firebomb attacks, 36 arson/tire burning incidents, three stabbing attacks, two shooting attacks, and one car-ramming attack.[111]

217.    In August 2025, 287 terror attacks were recorded, including were 13 pipe bomb attacks, 221 stone-throwing incidents, 30 firebomb attacks, 20 arson/tire burning incidents, two stabbing attacks, and one shooting attack.[112]   None of these attacks have been condemned by Defendants.

## COUNT I

### VIOLATION OF THE ANTI-TERRORISM ACT, 18 U.S.C.§ 2333(d)
### (Aiding and Abetting Liability)

218.    Plaintiffs repeat and reallege paragraphs 1 through 217.

219.    Under the Antiterrorism Act, "[a]ny national of the United States injured in his or her person, property, or business by reason of an act of international terrorism, or his or her estate, survivors, or heirs, may sue therefore in any appropriate district court of the United States and shall recover threefold the damages he or she sustains and the cost of the suit, including attorney's fees." 18 U.S.C. § 2333(a).

---

[109]  GOV'T OF ISRAEL, *Wave of Terror 2015–2025* (last visited Mar. 2, 2026), https://www.gov.il/en/pages/wave-of-terror-october-2015.
[110] *Id*.
[111] *Id*.
[112] *Id*.

220.     "[L]iability may be asserted as to any person who aids and abets, by knowingly providing substantial assistance, or who conspires with the person who committed such an act of international terrorism." 18 U.S.C. § 2333(d)(2).

221.     "International terrorism" is defined as "violent acts or acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if committed within the jurisdiction of the United States or of any State" and "appear to be intended to  . . . intimidate or coerce a civilian population; . . . to influence the policy of a government by intimidation or coercion; or . . . to affect the conduct of a government by mass destruction, assassination, or kidnapping; and occur primarily outside the territorial jurisdiction of the United States, or . . . transcend national boundaries in terms of the means by which they are accomplished, the persons they appear intended to intimidate or coerce, or the locale in which their perpetrators operate or seek asylum." 18 U.S.C. § 2331(1).

222.     Plaintiffs are nationals of the United States or the estates of United States nationals, As indicated herein, who were each injured as a result of international terrorism.  Defendants must pay Plaintiffs compensatory damages for their injuries, and losses, including solatium damages resulting from the Palestinian terrorist attack underlying this case and they must pay punitive damages to punish and deter the Defendants.

223.     The acts committed, planned, or authorized by the terrorists who harmed Plaintiffs appear to have been, and were intended to do the following: (a) intimidate or coerce the civilian populations of Israel, the United States, and other countries; (b) influence the policy of the Governments of Israel, the United States, and other countries by intimidation or coercion; or (c) affect the conduct of the Governments of Israel or the United States by mass destruction, assassination, or kidnapping.

224.    Moreover, Defendants themselves and through their respective officials, representatives, spokesmen, media, and other agents, (a) repeatedly admitted to committing acts of terrorism and violence against the civilian population in Israel and the West Bank and expressly stated that these acts were intended both to intimidate and coerce that civilian population into acquiescing to Defendants' political goals and demands and to influence the policy of the United States and Israeli governments in favor of Defendants' political goals and demands, and (b) expressly threatened the further occurrence of such terrorist acts if their political goals and demands were not achieved.

225.    The acts committed, planned, or authorized by the terrorists who harmed Plaintiffs would violate the criminal laws of the United States and many states, had they been committed in the United States.

226.    Furthermore, Defendants' acts—which include the establishment, execution, and maintenance of the Pay for Slay system—constitute a violation of the criminal laws of the United States and of the several States, or would constitute criminal violations if committed within the jurisdiction of the United States and of the several States. In addition to aiding and abetting murder, Defendants have committed criminal solicitation, which is a crime under 18 U.S.C. § 373 and under New York State Law, including N.Y. Penal L. §§ 100.08, 125.25.

227.    The acts committed, planned, or authorized by the terrorists who harmed Plaintiffs occurred primarily outside the United States.

228.    Therefore, the acts of violence that harmed Plaintiffs were acts of international terrorism, as defined by 18 U.S.C. § 2331(a), cross-referenced in 18 U.S.C. § 2333(a).

229.    The acts of terror were committed by US-designated Foreign Terrorist Organization(s) and/or their member(s) and/or their affiliate(s), including Hamas.

230.    Defendants advocated, encouraged, solicited, facilitated, incited, sponsored, and glorified acts of violence and terrorism against both Jewish civilians in Israel and the Judea and Samaria regions of the West Bank and visitors to such regions. Not only do these acts constitute "substantial assistance" under the civil portion of the Antiterrorism Act, but they also satisfy the Antiterrorism Act's criminalization of providing "material support or resources" to a Foreign Terrorist Organization. *See* 18 U.S.C. §§ 2339A and 2339B.

231.    By aiding and abetting thousands of terrorists in committing, planning, or Authorizing acts of international terrorism, including the acts that caused each of the Plaintiffs to be injured in his or her person and property, Defendants are liable pursuant to 18 U.S.C. § 2333(d) for, threefold any and all, damages that Plaintiffs have sustained as a result of such injuries, punitive damages, and the costs of this suit, including attorneys' fees.

232.    As a result of the international terrorism that Defendants aided and abetted, Plaintiffs have suffered the injuries identified herein and additional injuries.

233.    Furthermore, Plaintiffs seek injunctive relief against Defendants to immediately cease the disbursement of payments under Pay for Slay, insofar as monetary damages are insufficient to compensate the harm suffered by Plaintiffs; that Plaintiffs will likely suffer ongoing harm as a result of the continued payments, a harm that cannot be undone by the granting of monetary relief in a single instance; that monetary relief alone will not halt the payments under Pay for Slay to the family members of those who murdered and injured Plaintiffs' loved ones; and that the United States has an unequivocal interest in halting the Pay for Slay system that incentivizes the injuring and killing of American citizens, such as those whose interests are represented here.

## JURY DEMAND

Under Fed. R. Civ. P. 38(b), Plaintiffs demand a trial by jury on all claims so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray that this Court:

(a)    Enter judgment against Defendants and for each Plaintiff for compensatory and punitive damages in amounts to be determined at trial;

(b)    Issue an injunction prohibiting Defendants from disbursing payments to Palestinian terrorists imprisoned in Israel or to the families of Palestinian terrorists killed or injured during or after the commission of a terror attack;

(c)    Enter judgment against Defendants and for each U.S. Plaintiff for treble damages pursuant to 18 U.S.C. § 2333(d)(2), as well as the cost of the suit, including attorneys' fees

(d)    Grant such other and further relief as this Court deems just and proper.

Dated: June 30, 2026                                 Respectfully submitted,


/s/ David I. Schoen (DS0860)

SCHOEN LAW FIRM, LLC
David I. Schoen, (DS 0860)
Simon J. Schoen (6266571)
schoenlawfirm@gmail.com
simon@schoenlawfirm.com
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
Phone: (917) 941-7952

*Counsel for Plaintiffs*