

Squire Patton Boggs (US) LLP
1120 Avenue of the Americas, 13th floor
New York, New York 10036

O    +1 212 872 9800
F    +1 212 872 9815
squirepattonboggs.com


Gassan A. Baloul
T    +1 202 457 6155
gassan.baloul@squirepb.com

**VIA ECF**

July 14, 2026

The Honorable John P. Cronan
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  **Mark, et al. v. Palestinian Authority, et al., Case No. 26-cv-5542 (S.D.N.Y.)**

Dear Judge Cronan:

We write on behalf of all parties in the above-referenced action.  The parties have met and conferred and have agreed on the following proposed briefing schedule for Defendants' anticipated motion to dismiss Plaintiffs' complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure:

- Defendants' motion to dismiss due on or before October 12, 2026.
- Plaintiffs' opposition due on or before December 11, 2026.
- Defendants' reply due on or before January 11, 2027.

Defendants' current deadline to move, answer, or otherwise respond to Plaintiffs' complaint is July 28, 2026 (*see* affidavits of service, ECF Nos. 9-10).  Defense counsel request an adjournment of this deadline in favor of the schedule set forth above to allow time to confer with the Defendants (foreign government entities continuing to operate under conditions of extreme regional instability) and to obtain information needed to prepare Defendants' motion to dismiss, and in light of counsel's existing obligations in other matters.  There have been no previous requests for extension of Defendants' deadline to respond to the complaint.  Plaintiffs consent to the schedule set forth above.  This requested adjournment does not directly affect any other scheduled dates.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

As part of the agreed-upon schedule set forth above, Defendants have agreed not to contest sufficiency of process or service of process. Aside from sufficiency of process and service of process, Defendants reserve all rights and defenses, including but not limited to those regarding jurisdiction.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Gassan A. Baloul*
Gassan A. Baloul

cc:     All Counsel by ECF