# Schoen Law Firm, LLC

www.schoenlawfirm.com
Office: 404.365.5024
E Fax: 917.591.7586

**Georgia Office**
3151 Maple Drive, NE
Atlanta, GA 30305

**Alabama Office**
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106


October 26, 2026

Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse, 500 Pearl St.
New York, NY 10007-1312

Re: *Mark, et al. v. Palestinian Authority, et al.*, 26-cv-5542 (JPC)

Dear Judge Cronan:

I write pursuant to §1. A. of Your Honor's Individual Rules and Practices in Civil Cases. The Complaint in the above-referenced case was filed on June 30, 2026 (ECF #1). On August 10, 2026, a Pre-Motion Conference was held during which the Defendants advised the Court that they would be filing a motion to dismiss. The Court approved an agreed upon schedule that provided for the motion to dismiss to be filed by October 12, 2026, opposition to the motion to be filed by December 11, 2026, and a reply to be filed by January 11, 2027 (Minute Entry of August 10, 2026).

Defendants filed their motion to dismiss and supporting memorandum on October 12, 2026 (ECF ##22, 23). Plaintiffs have decided to file an Amended Complaint as a matter of course under Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure. This automatically alters the current schedule under the Rules, such that the Amended Complaint would be due to be filed by November 2, 2026, in lieu of an opposition to the motion dismiss (currently due December 11, 2026).

The parties have conferred regarding scheduling in light of this development and with this letter seek the Court's approval for the following agreed upon schedule: Plaintiffs would file the Amended Complaint as of right by December 2, 2026, and Defendants would file their response to the Amended Complaint by February 2, 2027.

This letter seeks the Court's approval for an agreed upon schedule and therefore is being filed as a letter-motion under §1. A. We ask to be excused from the requirements of §6. A., since it requests no substantive relief, the schedule will be altered in any event by operation of law, and the proposed schedule is agreed upon and not contested.

Respectfully,

/s/ David I. Schoen (DS 0860)
*Counsel for Plaintiffs*

Filed and Served via ECF
CC: CronanNYSDChambers@nysd.uscourts.gov (pursuant to §1. A.).

Plaintiffs' request is granted. Plaintiffs shall file their Amended Complaint by December 2, 2026, and Defendants shall file their response to the Amended Complaint by February 2, 2027. The pending motion to dismiss, Dkt. 22, is denied without prejudice as moot. The Clerk of Court is respectfully directed to close Docket Numbers 16, 22, and 24.
SO ORDERED.
October 27, 2026
New York, New York

JOHN P. CRONAN
United States District Judge